

**DEPARTMENT OF THE ARMY**
U.S. ARMY CORPS OF ENGINEERS, NEW ORLEANS DISTRICT
7400 LEAKE AVENUE
NEW ORLEANS, LOUISIANA 70118-3651

February 14, 2024

Regulatory Division
Eastern Evaluation Branch

SUBJECT:  MVN-2021-00270-EG

Board of Commissioners of the Port of New Orleans
Attention:  Chris Gilmore
1350 Port of New Orleans Place
New Orleans, Louisiana  70130

Dear Mr. Gilmore,

   Additional drawings, attached in eleven (11) sheets, furnished with your application dated December 13, 2023, to clear for access to conduct two surcharge test plots in addition to previously authorized geotechnical field exploration activities on the site, located at approximately Latitude: 29.885908, Longitude: -89.897235, on the Mississippi River, left-descending bank, 83 miles AHP, on East St. Bernard Highway and East Judge Perez Drive, in Violet, Louisiana, in St. Bernard Parish, are approved and will be included in your plans for the work authorized by the Secretary of the Army in permit MVN-2021-00270-EG, dated March 13, 2023.

   All previously stated conditions to which the work is made subject remain in full force and effect.  The time limit for completion of all permitted geotechnical field exploration activities is specifically extended to February 28, 2029.  In addition, the following conditions are added to the permit:

   1.  The Corps of Engineers, Regulatory Division has been provided with written notification from Resource Environmental Solutions, LLC (RES) on behalf of Killian Bayou Mitigation Bank that the permittee has contracted for 1.9-acres of bottomland hardwoods credits.  Killian Bayou Mitigation Bank has assumed responsibility for completing the mitigation in accordance with the Killian Bayou Mitigation Banking Instrument and has recorded the allocation of the mitigation required by this permit in the Regulatory In-Lieu Fee and Bank Information Tracking System (RIBITS).

   2.  Permittees that discover any previously unknown historic, cultural, or archeological remains and artifacts while accomplishing the permitted activity must immediately notify the U.S. Army Corps of Engineers New Orleans District Regulatory Division (CEMVN-RG), halt all construction activity at the location of discovery, and avoid construction activities within a fifty (50) foot buffer zone of the location of discovery until the required coordination has been completed.  CEMVN-RG will initiate the Federal, Tribal, and state coordination required to determine if the items or remains warrant a recovery effort or if the site is eligible for listing in the National Register of Historic Places.

**Exhibit B**

    3.  If abandoned cemeteries, unmarked graves, or human remains are discovered during the permitted activity, the permittee will stop work immediately and comply with the Louisiana Unmarked Human Burial Sites Preservation Act (La. R.S. 8:671 et seq.). The permittee will notify local law enforcement, CEMVN-RG, and the Louisiana Division of Archaeology (LDOA), within the Louisiana Department of Culture, Recreation and Tourism, Office of Cultural Development, by telephone at 225-342-8170 to assess the nature and age of the human skeletal remains within twenty-four (24) hours of the discovery of unmarked human remains and will accompany local law enforcement personnel during all field investigations.  If the appropriate local law enforcement official determines that the remains are not a crime scene, and the remains are more than 50 years old, LDOA has jurisdiction over the remains.  In no instance will human remains be removed from the discovery site until jurisdiction is established.  In cases where the LDOA assumes jurisdiction and the remains are determined to be American Indian, LDOA will consult with Tribes, CEMVN-RG, and the permittee to determine the appropriate course of action.

    A copy of the first page of this permit approval letter must be conspicuously displayed at the project site. Also, you must keep a copy of this signed letter, with attached drawings, at the project site until the work is completed.

    BY AUTHORITY OF THE SECRETARY OF THE ARMY:

                                       Martin S. Mayer  
                                       Chief, Regulatory Division  
                                              for  
                                       Cullen A. Jones  
                                       Colonel, US Army  
                                       District Commander



GEOTECHNICAL SURVEY VICINITY MAP



**BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS**
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|---|---|---|---|
| 7/19/23 | AS NOTED | 60637250 | FIG 1 – SHT 1 OF 1 |

DESIGNED BY: JAMES HANCE, P.E.    LA REGISTRATION NO: 0031270    STATE: LA



PRELIMINARY - FOR PERMIT PURPOSES ONLY



GEOTECHNICAL EXPLORATION PLAN PHASE II
SCALE: 1" = 2000'

LEGEND:
- ⊕ DENOTES LOCATIONS OF PERMITTED MARINE AND WHARF EXPLORATION BORINGS
- ⊖ DENOTES LOCATIONS OF PERMITTED GENERAL EXPLORATION BORINGS
- ▲ DENOTES LOCATIONS OF PERMITTED GENERAL EXPLORATION CONE PENETRATION TESTS
- ☐ DENOTES LOCATIONS OF PROPOSED TEST SURCHARGES
- NON-JURISDICTIONAL FORESTED WETLAND
- JURISDICTIONAL BATTURE WETLANDS
- SCRUB/SHRUB WETLANDS
- JURISDICTIONAL SCRUB/SHRUB WETLANDS
- FORESTED WETLAND

PRELIMINARY - FOR PERMIT PURPOSES ONLY



BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|---|---|---|---|
| 7/19/23 | AS NOTED | 60637250 | FIG 2 - SHT 2 OF 3 |

DESIGNED BY: JAMES HANCE, P.E.   LA REGISTRATION NO: 0031270   STATE: LA

AECOM — Imagine it. Delivered.
1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

EUSTIS ENGINEERING LLC SINCE 1946



BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET
SURCHARGE PILOT PROGRAM ACCESS PLAN
SCALE: 1" = 1000'
DATE: 11/10/23 — SCALE: AS NOTED — JOB NO.: 60637250 — DRAWING NO.: FIG 2 - SHT 4 OF 4
DESIGNED BY: JAMES HANCE, P.E.    LA REGISTRATION NO: 0031270    STATE: LA
PRELIMINARY - FOR PERMIT PURPOSES ONLY


1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112


EUSTIS ENGINEERING L.L.C. SINCE 1946

| EXISTING ROAD CLEARING | |
|---|---|
| ROUTE | LINEAR FEET |
| JUDGE PEREZ-1 | 5250 LF |
| JUDGE PEREZ-2 (JP-2a) | 484 LF |
| JUDGE PEREZ-2 (JP-2b) | 1510 LF |
| JUDGE PEREZ-2 (JP-2c) | 990 LF |
| JUDGE PEREZ-2 (JP-2d) | 1339 LF |
| THERESA-1 | 1760 LF |
| THERESA-2 | 1658 LF |
| THERESA-3 | 4293 LF |
| THERESA-4a | 2337 LF |
| THERESA-4b | 2041 LF |
| THERESA-4c | 2140 LF |
| BATTURE-1 | 65 LF |
| TOTAL | 23758 LF |

| TEST SURCHARGE CLEARING | |
|---|---|
| DESIGNATION | AREA (AC) |
| TS-1 | 2.42 AC |
| TS-2 | 0.52 AC |
| TOTAL | 2.94 AC |

| REQUESTED NEW CLEARING | | | | |
|---|---|---|---|---|
| LOCATION | LENGTH (FT) | WIDTH (FT) | SQUARE FT (SF) | ACRES (AC) |
| ESB ACCESS\EGRESS | 1,666 | 40 | 66,640 | 1.5 |
| TRUCK STAGING | 500 | 40 | 20,000 | 0.5 |
| THERESA-4b WIDEN | 975 | 20 | 19,500 | 0.4 |
| | | TOTAL | 106,140 | 2.4 |

LEGEND
— EXISTING CLEARED — 8.55 AC
— — PERMITTED (UNCLEARED) — 2.49 AC
- - - REQUESTED NEW CLEARING — 2.44 AC
▨ SURCHARGE TEST AREA

NOTE:
1. ESTIMATED 24,020 CY OF FILL TO BE PLACED WITHIN TWO TEST SURCHARGE AREAS.

SCALE: 1" = 1000'

NOTES:

1. AS-BUILT DRAWINGS AND/OR PLATS SHALL HAVE WRITTEN ON THEM THE DATE OF COMPLETION OF SAID ACTIVITIES AND SHALL BE SUBMITTED TO THE LOUISIANA DEPARTMENT OF NATURAL RESOURCES, OFFICE OF COASTAL MANAGEMENT, P. O. BOX 44487, BATON ROUGE, LA 70804-4487 WITHIN 30 DAYS FOLLOWING PROJECT COMPLETION.

2. ALL STRUCTURES BUILT UNDER THE AUTHORIZATION AND CONDITIONS OF THIS PERMIT SHALL BE REMOVED FROM THE SITE WITHIN 120 DAYS OF ABANDONMENT OF THE FACILITIES FOR THE HEREIN PERMITTED USE, OR WHEN THESE STRUCTURES FALL INTO A STATE OF DISREPAIR SUCH THAT THEY CAN NO LONGER FUNCTION AS INTENDED. THIS CONDITION DOES NOT PRECLUDE THE NECESSITY FOR REVISING THE CURRENT PERMIT OR OBTAINING A SEPARATE COASTAL USE PERMIT, SHOULD ONE BE REQUIRED, FOR SUCH REMOVAL ACTIVITIES.

3. STRUCTURES MUST ALSO BE MARKED/LIGHTED IN ACCORDANCE WITH U. S. COAST GUARD REGULATIONS.

4. IN ORDER TO ENSURE THE SAFETY OF ALL PARTIES, THE PERMITTEE SHALL CONTACT THE LOUISIANA ONE CALL SYSTEM (1-800-272-3020) A MINIMUM OF 48 HOURS PRIOR TO THE COMMENCEMENT OF ANY EXCAVATION (DIGGING, DREDGING, JETTING, ETC.) OR DEMOLITION ACTIVITY.



BORING & CPT KEY PLAN PHASE II
SCALE: NTS

LEGEND:
- NON-JURISDICTIONAL FORESTED WETLAND
- JURISDICTIONAL BATTURE WETLANDS
- SCRUB/SHRUB WETLANDS
- JURISDICTIONAL SCRUB/SHRUB WETLANDS
- FORESTED WETLAND

PRELIMINARY - FOR PERMIT PURPOSES ONLY

**AECOM** Imagine it. Delivered.
1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

**EUSTIS ENGINEERING L.L.C.** SINCE 1946

BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|---|---|---|---|
| 12/13/23 | AS NOTED | 60637250 | FIG 3 - SHT 1 OF 11 |

DESIGNED BY: JAMES HANCE, P.E.   LA REGISTRATION NO: 0031270   STATE: LA



**BORING & CPT PLAN PHASE II**
SCALE: 1" = 200'

NOTES:
1. REFER TO FIG 5 FOR TABULAR SUMMARY OF EXPLORATION POINTS.
2. LOCATIONS OF BORINGS, CPTS, AND TEST SURCHARGES SHOWN HERE SHOULD BE CONSIDERED APPROXIMATE AND MAY BE MODIFIED IN THE FIELD BASED ON EXISTING UTILITIES, SITE ACCESS, AND/OR PROJECT REQUIREMENTS.

LEGEND:
- ⊕ DENOTES LOCATIONS OF PERMITTED MARINE AND WHARF EXPLORATION BORINGS
- ⊕ DENOTES LOCATIONS OF PERMITTED GENERAL EXPLORATION BORINGS
- ▲ DENOTES LOCATIONS OF PERMITTED GENERAL EXPLORATION CONE PENETRATION TESTS
- ▨ JURISDICTIONAL BATTURE WETLANDS

SCALE: 1" = 200'

**PRELIMINARY - FOR PERMIT PURPOSES ONLY**



AECOM Imagine it. Delivered.
1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

EUSTIS ENGINEERING L.L.C. SINCE 1946

BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|---|---|---|---|
| 11/17/23 | AS NOTED | 60637250 | FIG 3 - SHT 2 OF 11 |

DESIGNED BY: JAMES HANCE, P.E.    LA REGISTRATION NO: 0031270    STATE: LA



BORING & CPT PLAN PHASE II
SCALE: 1" = 200'

NOTES:
1. REFER TO FIG 5 FOR TABULAR SUMMARY OF EXPLORATION POINTS.
2. LOCATIONS OF BORINGS, CPTS, AND TEST SURCHARGES SHOWN HERE SHOULD BE CONSIDERED APPROXIMATE AND MAY BE MODIFIED IN THE FIELD BASED ON EXISTING UTILITIES, SITE ACCESS, AND/OR PROJECT REQUIREMENTS.

LEGEND:
- DENOTES LOCATIONS OF PERMITTED MARINE AND WHARF EXPLORATION BORINGS
- DENOTES LOCATIONS OF PERMITTED GENERAL EXPLORATION BORINGS
- DENOTES LOCATIONS OF PERMITTED GENERAL EXPLORATION CONE PENETRATION TESTS
- NON-JURISDICTIONAL FORESTED WETLAND
- JURISDICTIONAL SCRUB/SHRUB WETLANDS
- JURISDICTIONAL BATTURE WETLANDS

SCALE: 1" = 200'

PRELIMINARY – FOR PERMIT PURPOSES ONLY



AECOM Imagine it. Delivered.
1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

EUSTIS ENGINEERING L.L.C. SINCE 1946

BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|---|---|---|---|
| 11/17/23 | AS NOTED | 60637250 | FIG 3 - SHT 3 OF 11 |

DESIGNED BY: JAMES HANCE, P.E.    LA REGISTRATION NO: 0031270    STATE: LA





BORING & CPT PLAN PHASE II — SCALE: 1" = 200'

BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET
DATE: 11/17/23 | SCALE: AS NOTED | JOB NO. 60637250 | DRAWING NO. FIG 3 - SHT 4 OF 11
DESIGNED BY: JAMES HANCE, P.E.   LA REGISTRATION NO: 0031270   STATE: LA

PRELIMINARY - FOR PERMIT PURPOSES ONLY



BORING & CPT PLAN PHASE II
SCALE: 1" = 200'

NOTES:
1. REFER TO FIG 5 FOR TABULAR SUMMARY OF EXPLORATION POINTS.
2. LOCATIONS OF BORINGS, CPTS, AND TEST SURCHARGES SHOWN HERE SHOULD BE CONSIDERED APPROXIMATE AND MAY BE MODIFIED IN THE FIELD BASED ON EXISTING UTILITIES, SITE ACCESS, AND/OR PROJECT REQUIREMENTS.

LEGEND:
- DENOTES LOCATIONS OF PERMITTED GENERAL EXPLORATION BORINGS
- DENOTES LOCATIONS OF PERMITTED GENERAL EXPLORATION CONE PENETRATION TESTS
- FORESTED WETLAND

SCALE: 1" = 200'



BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|---|---|---|---|
| 11/17/23 | AS NOTED | 60637250 | FIG 3 - SHT 5 OF 11 |

DESIGNED BY: JAMES HANCE, P.E.    LA REGISTRATION NO: 0031270    STATE: LA

1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

PRELIMINARY - FOR PERMIT PURPOSES ONLY







BORING & CPT PLAN PHASE II
SCALE: 1" = 200'

NOTES:
1. REFER TO FIG 5 FOR TABULAR SUMMARY OF EXPLORATION POINTS.
2. LOCATIONS OF BORINGS, CPTS, AND TEST SURCHARGES SHOWN HERE SHOULD BE CONSIDERED APPROXIMATE AND MAY BE MODIFIED IN THE FIELD BASED ON EXISTING UTILITIES, SITE ACCESS, AND/OR PROJECT REQUIREMENTS.

LEGEND:
- DENOTES LOCATIONS OF PERMITTED GENERAL EXPLORATION BORINGS
- DENOTES LOCATIONS OF PERMITTED GENERAL EXPLORATION CONE PENETRATION TESTS
- FORESTED WETLAND

SCALE: 1" = 200'

PRELIMINARY - FOR PERMIT PURPOSES ONLY

AECOM Imagine it. Delivered.
1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112


EUSTIS ENGINEERING L.L.C. SINCE 1946

BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|---|---|---|---|
| 11/17/23 | AS NOTED | 60637250 | FIG 3 - SHT 7 OF 11 |

DESIGNED BY: JAMES HANCE, P.E.   LA REGISTRATION NO: 0031270   STATE: LA







BORING & CPT PLAN PHASE II
SCALE: 1" = 200'



NOTES:
1. REFER TO FIG 5 FOR TABULAR SUMMARY OF EXPLORATION POINTS.
2. LOCATIONS OF BORINGS, CPTS, AND TEST SURCHARGES SHOWN HERE SHOULD BE CONSIDERED APPROXIMATE AND MAY BE MODIFIED IN THE FIELD BASED ON EXISTING UTILITIES, SITE ACCESS, AND/OR PROJECT REQUIREMENTS.

BORING & CPT PLAN PHASE II
SCALE: 1" = 200'

LEGEND:
- DENOTES LOCATIONS OF PERMITTED GENERAL EXPLORATION BORINGS
- DENOTES LOCATIONS OF PERMITTED GENERAL EXPLORATION CONE PENETRATION TESTS
- FORESTED WETLAND

BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|---|---|---|---|
| 11/17/23 | AS NOTED | 60637250 | FIG 3 - SHT 11 OF 11 |

DESIGNED BY: JAMES HANCE, P.E.    LA REGISTRATION NO: 0031270    STATE: LA

AECOM — Imagine it. Delivered.
1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

EUSTIS ENGINEERING L.L.C. SINCE 1946

PRELIMINARY - FOR PERMIT PURPOSES ONLY