# DEPARTMENT OF THE ARMY PERMIT

Permittee:    Board of Commissioners of the Port of New Orleans

Permit No.: MVN-2021-00270-EG

Issuing Office:  New Orleans District


NOTE:  The term "you" and its derivatives, as used in this permit, means the permittee or any future transferee.  The term "this office" refers to the appropriate district or division office of the Corps of Engineers having jurisdiction over the permitted activity or the appropriate official of that office acting under the authority of the commanding officer.

You are authorized to perform work in accordance with the terms and conditions specified below.


Project Description:  Clear for access and spoil/vegetation stockpile areas for geotechnical field exploration activities to include a total of twenty-seven (27) soil borings, sixty (60) Cone Penetration Tests, and approximately twelve-thousand (12,000) linear feet of Electrical Resistivity Testing. In accordance with drawings enclosed in twenty five sheets, dated 8 November 2021.

Project Location: Located at approximately Latitude: 29.885908, Longitude: -89.897235, on the Mississippi River, left-descending bank, 83 miles AHP, on East St. Bernard Highway and East Judge Perez Drive, in Violet, Louisiana, in St. Bernard Parish, as shown on the enclosed drawings.

Permit Conditions:

General Conditions:

1.  The time limit for completing the work authorized ends on **March 31, 2028**.  If you find that you need more time to complete the authorized activity, submit your request for a time extension to this office for consideration at least one month before the above date is reached.

2.  You must maintain the activity authorized by this permit in good condition and in conformance with the terms and conditions of this permit.  You are not relieved of this requirement if you abandon the permitted activity, although you may make a good faith transfer to a third party in compliance with General Condition 4 below.  Should you wish to cease to maintain the authorized activity or should you desire to abandon it without a good faith transfer, you must obtain a modification of this permit from this office, which may require restoration of the area.

3.  If you discover any previously unknown historic or archeological remains while accomplishing the activity authorized by this permit, you must immediately notify this office of what you have found.  We will initiate the Federal and State coordination required to determine if the remains warrant a recovery effort or if the site is eligible for listing in the National Register of Historic Places.

4.  If you sell the property associated with this permit, you must obtain the signature of the new owner in the space provided and forward a copy of the permit to this office to validate the transfer of this authorization.


**ENG FORM 1721, Nov 86**                                      (33 CFR 325 (Appendix A))

Exhibit C

5.  If a conditioned water quality certification has been issued for your project, you must comply with the conditions specified in the certification as special conditions to this permit.  For your convenience, a copy of the certification is attached if it contains such conditions.

6.  You must allow representatives from this office to inspect the authorized activity at any time deemed necessary to ensure that it is being or has been accomplished in accordance with the terms and conditions of your permit.

**Special Conditions: See page 4**

Further Information:

1.  Congressional Authorities: You have been authorized to undertake the activity described above pursuant to:

(X)     Section 10 of the Rivers and Harbors Act of 1899 (33 U.S.C. 403).

(X)     Section 404 of the Clean Water Act (33 U.S.C. 1344).

( )     Section 103 of the Marine Protection, Research and Sanctuaries Act of 1972 (33 U.S.C. 1413).

2.  Limits of this authorization.

a.  This permit does not obviate the need to obtain other Federal, State, or local authorizations required by law.

b.  This permit does not grant any property rights or exclusive privileges.

c.  This permit does not authorize any injury to the property or rights of others.

d.  This permit does not authorize interference with any existing or proposed Federal project.

3.  Limits of Federal Liability.  In issuing this permit, the Federal Government does not assume any liability for the following:

a.  Damages to the permitted project or uses thereof as a result of other permitted or unpermitted activities or from natural causes.

b.  Damages to the permitted project or uses thereof as a result of current or future activities undertaken by or on behalf of the United States in the public interest.

c.  Damages to persons, property, or to other permitted or unpermitted activities or structures caused by the activity authorized by this permit.

d.  Design or construction deficiencies associated with the permitted work.

e.  Damage claims associated with any future modification, suspension, or revocation of this permit.

4.  Reliance on Applicant's Data:  The determination of this office that issuance of this permit is not contrary to the public interest was made in reliance on the information you provided.

**ENG FORM 1721, Nov 86**                              (33 CFR 325 (Appendix A))

5.  Reevaluation of Permit Decision. This office may reevaluate its decision on this permit at any time the circumstances warrant.  Circumstances that could require a reevaluation include, but are not limited to, the following:

  a.  You fail to comply with the terms and conditions of this permit.

  b.  The information provided by you in support of your permit application proves to have been false, incomplete, or inaccurate (See 4 above).

  c.  Significant new information surfaces which this office did not consider in reaching the original public interest decision.

Such a reevaluation may result in a determination that it is appropriate to use the suspension, modification, and revocation procedures contained in 33 CFR 325.7 or enforcement procedures such as those contained in 33 CFR 326.4 and 326.5.  The referenced enforcement procedures provide for the issuance of an administrative order requiring you to comply with the terms and conditions of your permit and for the initiation of legal action where appropriate. You will be required to pay for any corrective measures ordered by this office, and if you fail to comply with such directive, this office may in certain situations (such as those specified in 33 CFR 209.170) accomplish the corrective measures by contract or otherwise and bill you for the cost.

6.  Extensions. General Condition 1 establishes a time limit for the completion of the activity authorized by this permit. Unless there are circumstances requiring either a prompt completion of the authorized activity or a reevaluation of the public interest decision, the Corps will normally give favorable consideration to a request for an extension of this time limit.

Your signature below, as permittee, indicates that you accept and agree to comply with the terms and conditions of this permit.

x _Chris E Gilmore_____  x_____03/13/2023_____
(PERMITTEE)                                                (DATE)

This permit becomes effective when the Federal official, designated to act for the Secretary of the Army, has signed below.

_____    _____
                                                              (DATE)

 Brad  LaBorde, Chief, Eastern Evaluation Branch
 for CULLEN A. JONES, P.E., PMP, District Commander


When the structures or work authorized by this permit are still in existence at the time the property is transferred, the terms and conditions of this permit will continue to be binding on the new owner(s) of the property.  To validate the transfer of this permit and the associated liabilities associated with compliance with its terms and conditions, have the transferee sign and date below.

_____    _____
(TRANSFEREE)                                         (DATE)


**ENG FORM 1721, Nov 86**                                    (33 CFR 325 (Appendix A))

**SPECIAL CONDITIONS: MVN-2021-00270-EG**

7.  The Corps of Engineers, Regulatory Division has been provided with written notification from Fifth Louisiana Resource, LLC on behalf of Morgan Branch Mitigation Bank that the permittee has contracted for 14.9-acres of bottomland hardwoods credits. Morgan Branch Mitigation Bank has assumed responsibility for completing the mitigation in accordance with the Morgan Branch Mitigation Banking Instrument and has recorded the allocation of the mitigation required by this permit in the Regulatory In-Lieu Fee and Bank Information Tracking System (RIBITS).

8. Please be aware that you must comply with the enclosed: "STANDARD MANATEE CONDITIONS FOR IN-WATER ACTIVITIES"

9. The permittee understands and agrees that, if future operations by the United States require the removal, relocation, or other alteration, of the structure or work herein authorized, or if, in the opinion of the Secretary of the Army or his authorized representative, said structure or work shall cause unreasonable obstruction to the free navigation of the navigable waters, the permittee will be required, upon due notice from the Corps of Engineers, to remove, relocate, or alter the structural work or obstructions caused thereby, without expense to the United States.  No claim shall be made against the United States on account of any such removal or alteration.

10.  The use of the permitted activity must not interfere with the public's right to free navigation on all navigable waters of the United States.

11.  The permittee must install and maintain, at your expense, any safety lights, signs and signals prescribed by the U.S. Coast Guard, through regulations or otherwise, on your authorized facilities. Any inquiries concerning a U.S. Coast Guard Private Aids to Navigation marking determination may be directed to the Eighth Coast Guard District (dpw), Hale Boggs Federal Building, 500 Poydras St., Suite 1230, New Orleans, Louisiana 70130, at (504) 671-2330 or via email to: D8oanPATON@uscg.mil. For general information related to Private Aids to Navigation, you may visit the Eighth CG District web site at: http://www.atlanticarea.uscg.mil/district-8/district-divisions/waterways/PATON.

12.  If the authorized project, or future maintenance work, involves the use of floating construction equipment (barge mounted cranes, barge mounted pile driving equipment, floating dredge equipment, dredge discharge pipelines, etc.) in the waterway, you are advised to notify the Eighth Coast Guard District so that a Notice to Mariners, if required, may be prepared. Notification with a copy of this permit approval and drawings can be emailed to: D8MarineInfo@uscg.mil, or mailed to the Commander (dpw), Eighth Coast Guard District, Hale Boggs Federal Building, 500 Poydras Street, Suite 1230, New Orleans, Louisiana 70130. Telephone inquiries can be directed to the Eighth Coast Guard District, Waterways Management at (504) 671-2118.

13.  The permittee is advised of the requirements set forth in the attached Memorandum for Record and the associated special conditions. The above Section 408 special conditions and standard conditions enclosed are enforceable by the USACE Navigation Manager for the Mississippi River, Baton Rouge to the Gulf of Mexico and/or USACE Operations Manager, Completed Works, as per Appendix G, EC 1165-2-220. The point of contact for enforcing such Section 408 conditions in the Section 10 permit is Heather Jennings, 504-862-1253, Heather.L.Jennings@usace.army.mil and Amy E. Powell, 504-862-2241, Amy.E.Powell@usace.army.mil.

14. Work resulting in permanent loss or conversion of wetlands shall not occur during the adult molting period (July 1 – September 31) of the Eastern Black Rail.

15. Equipment used to clear and access boring or Cone Penetration Test locations must travel at idle speeds due to the potential presence of Eastern Black Rail.  Personnel must be made aware of the presence of the Eastern Black Rail and avoid all wildlife that may cross cleared areas for refuge.

16.  The permittee shall restrict equipment access and repeated tracking in cleared access areas to the maximum extent practicable. All personnel and equipment must stay within cleared areas.

17.  The permittee shall avoid, and include a 100-foot buffer around, site 16SB102 and cemetery site 16SB210 as outlined in the LA DOA Report titled, "Phase I Cultural Resources Resource Assessment Survey for the Proposed Louisiana International Terminal Project in Violet, St. Bernard Parish, Louisiana".

18.  If the authorized project requires any additional work not expressly permitted herein, or impacts wetlands other than the areas indicated on the attached drawings, the permittee must apply for an amendment to this authorization.

**ENG FORM 1721, Nov 86**                                                    (33 CFR 325 (Appendix A))

CEMVN-ODB                                                                    May 6, 2022

MEMORANDUM FOR RECORD: Chief, Regulatory Division

SUBJECT: MFR IN ACCORDANCE WITH EC 1165-2-220, APPENDIX G – Port of New Orleans, MVN-2021-00270-EG (2022-0236)

1. The Operations Manager for Mississippi River, Baton Rouge to the Gulf navigation project (ODB) and the Operations Manager for Completed Works (ODS-W) have reviewed the application from Evens-Graves Engineers obo Board of Commissioners of the Port of New Orleans to perform soil borings and CPTs at approximate mile 83 on the left descending bank of the Mississippi River at Violet, Louisiana in St. Bernard Parish.

2. It has been determined that the subject application is within the Mississippi River navigation servitude but is outside of the navigation fairway limits. Therefore, this request has no impact to the usefulness of the project and will not be injurious to the public interest.

   The scope of this analysis for Section 408 evaluation is limited to the federal limits of the Federal Navigation Channel and the MR&T Federal Channel Stabilization Revetment Project.

3. Operations Division has no objections to the subject request provided the following conditions are included as part of the Section 10 permit documents as per EC 1165-2-220, APPENDIX K (enclosed):

PROJECT- SPECIFIC CONDITIONS:

   a. There shall be no unreasonable interference with navigation by the existence or use of the activity authorized herein.

   b. If the authorized project, or future maintenance work, involves the use of floating construction equipment (barge mounted cranes, barge mounted pile driving equipment, floating dredge equipment, dredge discharge pipelines, etc.,) in the waterway, you are advised to notify the Eighth Coast Guard District so that a Notice to Mariners, if required, may be prepared.  Notification with a copy of your permit approval and drawings should be emailed to: D8MarineInfo@uscg.mil, or mailed to the Commander (dpw), Eighth Coast Guard District, Hale Boggs Federal Building, 500 Poydras Street, Room 1230, New Orleans, Louisiana 70130, about 1 month before you plan to start work.  Telephone inquiries can be directed to the Eighth Coast Guard District, Waterways Management at (504) 671-2118.

   c. The applicant will, at his or her expense, install and maintain any safety light, signals, and signs prescribed by the United States Coast Guard, through regulations or otherwise, on authorized facilities or on equipment used in performing work under the authorization.

   d. The soil borings and CPTs are drilled and backfilled when the stage of the Mississippi River is below elevation +11 feet on the Carrollton gage, at New Orleans, Louisiana. Information concerning current river stages may be obtained on our website at www.mvn.usace.army.mil.

e.  The boreholes are backfilled in accordance with Louisiana State requirements found under Louisiana Administrative Code, Title 56, §531. Further guidance is available from Louisiana DEQ and DOTD, "CONSTRUCTION OF GEOTECHNICAL BOREHOLES AND GROUNDWATER MONITORING SYSTEMS."

f.  Heavy equipment greater than HS-20 loading (72,000lbs) is not allowed over the levee or in the batture without an approved stability analysis.

g.  If possible, it is recommended that borings are taken out of the revetment footprint. However, if the boring location must penetrate the revetment, the applicant shall repair the revetment in accordance with the Corps of Engineers standard drawing, "Repair Procedures Required When Penetrating Revetments with Piles, Caissons and/or Pile Clusters", file No. H-18-45204.

h.  The applicant must not spud or anchor into the existing revetment.

i.  Barges used for pile driving shall maintain a minimum of three feet of clearance over the underwater revetment during any river stage.

j.  Any damage to the revetment, as a result of the applicant's activities, shall be repaired at the applicant's expense.

k.  The above Section 408 special conditions and standard conditions enclosed are enforceable by the USACE Navigation Manager for the Mississippi River, Baton Rouge to the Gulf of Mexico and/or USACE Operations Manager, Completed Works, as per Appendix G, EC 1165-2-220. The point of contact for enforcing such Section 408 conditions in the Section 10 permit is Heather Jennings, 504-862-1253, Heather.L.Jennings@usace.army.mil and Amy E. Powell, 504-862-2241, Amy.E.Powell@usace.army.mil.

4.  If there are any questions regarding these conditions, please contact me at 504-862-1253.

for Michelle Kornick
Operations Manager
Operations Division

Enclosure (Standard 408 conditions)

**U.S. Army Corps of Engineers**
**New Orleans District**
**Section 408**
**EC-1165-2-220 Appendix K**
**Standard Terms and Conditions**

LIMITS OF THE AUTHORIZATION

1. This permission only authorizes you, the requester, to undertake the activity described herein under the authority provided in Section 14 of the Rivers and Harbors Act of 1899, as amended (33 USC 408). This permission does not obviate the need to obtain other federal, state, or local authorizations required by law. This permission does not grant any property rights or exclusive privileges, and you must have appropriate real estate instruments in place prior to construction and/or installation.

2. The time limit for completing the work authorized end on 10 years from the date of the Regulatory permit if a Regulatory permit is required. If you find that you need more time to complete the authorized activity, submit your request for a time extension to this office for consideration at least one month before the above date is reached.

3. Without prior written approval of the USACE, you must neither transfer nor assign this permission nor sublet the premises or any part thereof, nor grant any interest, privilege or license whatsoever in connection with this permission. Failure to comply with this condition will constitute noncompliance for which the permission may be revoked immediately by USACE.

4. The requester understands and agrees that, if future operations by the United States require the removal, relocation, or other alteration of the work herein authorized, or if, in the opinion of the Secretary of the Army or an authorized representative, said work will cause unreasonable conditions and/or obstruction of USACE project authorized design, the requester will be required upon due notice from the USACE, to remove, relocate, or alter the structural work or obstructions caused thereby, without expense to the United States. No claim can be made against the United States on account of any such removal or alteration.

INDEMNIFICATION AND HOLD HARMLESS

5. The United States will in no case be liable for:
   a. Any damage or injury to the structures or work authorized by this permission that may be caused or result from future operations undertaken by the United States, and no claim or right to compensation will accrue from any damage; or
   b. Damage claims associated with any future modification, suspension, or revocation of this permission.

6. The United States will not be responsible for damages or injuries which may arise from or be incident to the construction, maintenance, and use of the project requested by you, nor for damages to the property or injuries to your officers, agents, servants, or employees, or others who may be on your premises or project work areas of the federal project(s) rights-of-way. By accepting this permission, you hereby agree to fully defend, **indemnify** and **hold harmless** the United States and USACE from any and all such claims, subject to any limitations in law.

7. Any damage to the water resources development project or other portions of any federal project(s) resulting from your activities must be repaired at your expense.

REEVALUATION OF PERMISSION

8.  The determination that the activity authorized by this permission would not impair the usefulness of the federal project and would not be injurious to the public interest was made in reliance on the information you provided.

9.  This office, at its sole discretion, may reevaluate it decision to issue this permission at any time circumstances warrant, which may result in a determination that it is appropriate or necessary to modify or revoke this permission. Circumstances that could require a reevaluation include, but are not limited to, the following:

   a.  You fail to comply with the terms and conditions of this permission;

   b.  The information provided in support of your application for permission proves to have been inaccurate or incomplete; or

   c.  Significant new information surfaces which this office did not consider in reaching the original decision that the activity would not impair the usefulness of the water resources development project and would not be injurious to the public interest.

CONDUCT OF WORK UNDER THIS PERMISSION

10.  You are responsible for implementing any requirements for mitigation, reasonable and prudent alternatives, or other conditions or requirements imposed as a result of environmental compliance.

11.  Work/usage allowed under this permission must proceed in a manner that avoids interference with inspection, operation, and maintenance of the federal project.

12.  In the event of any deficiency in the design or construction of the requested activity, you are solely responsible for taking remedial action to correct the deficiency.

13.  The right is reserved to the USACE to enter upon the premises at any time and for any purpose necessary or convenient in connection with government purpose, to make inspections, to operate and/or to make any other us of the lands as may be necessary in connection with government purposes, and you will have no claim for damages on account thereof against the United States or any officer, agent or employee thereof.

14.  You must provide copied of pertinent design, construction, and/or usage submittal/documents. USACE may request that survey and photographic documentation of the alteration work and the impacted project area be provided before, during, and after construction and/or installation.

15.  You may be required to perform an inspection of the federal project with the USACE, prior to your use of the structure, to document existing conditions.

16.  USACE shall not be responsible for the technical sufficiency of the alteration design nor for the construction and/or installation work.

## STANDARD MANATEE CONDITIONS FOR IN-WATER ACTIVITIES

During in-water work in areas that potentially support manatees, all personnel associated with the project shall be instructed and aware of the potential presence of manatees, manatee speed zones, and the need to avoid collisions with, and injury to, manatee. All personnel shall be advised that there are civil and criminal penalties for harming, harassing, or killing manatees which are protected under the Marine Mammal Protection Act of 1972 and the Endangered Species Act of 1973. Additionally, personnel shall be instructed not to attempt to feed or otherwise interact with the animal.

All on-site personnel are responsible for observing water-related activities for the presence of manatee(s). To minimize potential impacts to manatees in areas of their potential presence, the permittee shall insure the following are adhered to:

- All work, equipment, and vessel operation shall cease if a manatee is spotted within a 50-foot radius (buffer zone) of the active work area. Once the manatee has left the buffer zone on its own accord (manatees must not be herded or harassed into leaving), or after 30 minutes have passed without additional sightings of manatee(s) in the buffer zone, in-water work can resume under careful observation for manatee(s).

- If a manatee(s) is sighted in or near the project area, all vessels associated with the project shall operate at "no wake/idle" speeds within the construction area and at all times while in waters where the draft of the vessel provides less than a four-foot clearance from the bottom. Vessels shall follow routes of deep water whenever possible.

- If used, siltation or turbidity barriers shall be properly secured, made of material in which manatees cannot become entangled, and be monitored to avoid manatee entrapment or impeding their movement.

- Temporary signs concerning manatees shall be posted prior to and during all in-water project activities and removed upon completion. Each vessel involved in construction activities shall display at the vessel control station or in a prominent location, visible to all employees operating the vessel, a temporary sign at least 8½ " X 11" reading language similar to the following: "CAUTION BOATERS: MANATEE AREA/ IDLE SPEED IS REQUIRED IN CONSTRUCTION AREA AND WHERE THERE IS LESS THAN FOUR FOOT BOTTOM CLEARANCE WHEN MANATEE IS PRESENT". A second temporary sign measuring 8½ " X 11" shall be posted at a location prominently visible to all personnel engaged in water-related activities and shall read language similar to the following: "CAUTION: MANATEE  AREA/ EQUIPMENT MUST BE SHUTDOWN IMMEDIATELY IF A MANATEE COMES WITHIN 50 FEET OF OPERATION".

- Collisions with, injury to, or sightings of manatees shall be immediately reported to the U.S. Fish and Wildlife Service's, Louisiana Ecological Services Office (337/291-3100) and the Louisiana Department of Wildlife and Fisheries, Natural Heritage Program (225/765-2821). Please provide the nature of the call (i.e., report of an incident, manatee sighting, etc.); time of incident/sighting; and the approximate location, including the latitude and longitude coordinates, if possible.



GEOTECHNICAL SURVEY VICINITY MAP

USGS QUAD MAP
CHALMETTE, LA
2908901
2020

USGS QUAD MAP
MARTELLO CASTLE, LA
2908902
2020

USGS QUAD MAP
BELLE CHASSE, LA
2908909
2020

USGS QUAD MAP
DELACROIX, LA
2908910
2020

N

PROPOSED LOUISIANA INTERNATIONAL
TERMINAL AT VIOLET
SECTIONS 8, 9, & 10
T 13 S  R 13 E
X: 3737667.1945, Y: 508809.9688
29°53'28.4164"N
89°53'29.8323"E
LOUISIANA SOUTH NAD 83

ACCESS FROM PORT SHIP
SERVICES - POYDRAS DOCK
LAT 29° 52' 42.4"
LONG 89° 53' 57.6"

ST. BERNARD PARISH
ORLEANS PARISH

ORLEANS PARISH
PLAQUEMINES PARISH

ST. BERNARD PARISH
PLAQUEMINES PARISH

NEW ORLEANS

0    2 Miles    4 Miles

SCALE: 1" = 2 MILES

LEGEND:

▬■▬  ACCESS ROUTE

**PRELIMINARY - FOR PERMIT PURPOSES ONLY**

C:\pwworking\aecom_ds21_na_2020\d02979794\FIG 1 - SHT 1 OF 1.dwg, Apr 05, 2022 - 2:22:59PM, phillip.dempseyiii



AECOM Imagine it. Delivered.

1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

EUSTIS
ENGINEERING L.L.C.
SINCE 1946

BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|------|-------|---------|-------------|
| 11/8/21 | AS NOTED | 60637250 | FIG 1 – SHT 1 OF 1 |

DESIGNED BY: JAMES  HANCE, P.E.    LA REGISTRATION  NO: 0031270    STATE: LA



**BORING & CPT SITE PLAN PHASE I**
SCALE: 1" = 2000'

LEGEND:
- DENOTES LOCATIONS OF UNDISTURBED SOIL BORINGS DRILLED UNDER EUSTIS ENGINEERING PROJECT NO. 24618 BETWEEN 12 AND 29 JULY 2021
- DENOTES LOCATIONS OF UNDISTURBED SOIL BORINGS DRILLED UNDER EUSTIS ENGINEERING PROJECT NO. 9386 BETWEEN 17 AND 25 MARCH 1986
- DENOTES LOCATIONS OF UNDISTURBED SOIL BORINGS DRILLED BY USACE

NON-JURISDICTIONAL FORESTED WETLAND
JURISDICTIONAL BATTURE WETLANDS
SCRUB/SHRUB WETLANDS
JURISDICTIONAL SCRUB/SHRUB WETLANDS
FORESTED WETLAND

2000'  0  2000'  2000'
SCALE: 1" = 2000'

PRELIMINARY - FOR PERMIT PURPOSES ONLY

C:\pwworking\aecom_\d&21_na_2020\d0229794\FIG 2.DWG, Apr 05, 2022 - 2:25:33PM, phillip.dempseyiii



**BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS**
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|------|-------|---------|-------------|
| 11/8/21 | AS NOTED | 60637250 | FIG 2 - SHT 1 OF 3 |

DESIGNED BY: JAMES HANCE, P.E.   LA REGISTRATION NO: 0031270   STATE: LA

1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

EUSTIS ENGINEERING L.L.C. SINCE 1966

Imagine it. Delivered.



**BORING & CPT SITE PLAN PHASE II**
SCALE: 1" = 2000'



2000'    0    2000'    2000'
SCALE: 1" = 2000'

LEGEND:
⊕ DENOTES LOCATIONS OF PROPOSED MARINE AND WHARF EXPLORATION BORINGS
⊕ DENOTES LOCATIONS OF PROPOSED GENERAL EXPLORATION BORINGS
▲ DENOTES LOCATIONS OF PROPOSED GENERAL EXPLORATION CONE PENETRATION TESTS

▨ NON-JURISDICTIONAL FORESTED WETLAND
▨ JURISDICTIONAL BATTURE WETLANDS
▨ SCRUB/SHRUB WETLANDS
▨ JURISDICTIONAL SCRUB/SHRUB WETLANDS
▨ FORESTED WETLAND

PRELIMINARY - FOR PERMIT PURPOSES ONLY

C:\pw\working\aecom\_d&21\_na_2020\td0229794\FIG 2.DWG, Feb 09, 2023 - 11:30:14AM, Paul.Barras1


Imagine it.
Delivered.
1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

EUSTIS
ENGINEERING L.L.C.
SINCE 1946

**BOARD OF COMMISSIONERS − PORT OF NEW ORLEANS**
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|------|-------|---------|-------------|
| 11/8/21 | AS NOTED | 60637250 | FIG 2 - SHT 2 OF 3 |

DESIGNED BY: JAMES HANCE, P.E.  LA REGISTRATION NO: 0031270   STATE: LA



| ROAD CLEARING | |
|---|---|
| ROUTE | LINEAR FEET |
| JUDGE PEREZ-1 | 5250 LF |
| JUDGE PEREZ-2 (JP-2a) | 484 LF |
| JUDGE PEREZ-2 (JP-2b) | 1510 LF |
| JUDGE PEREZ-2 (JP-2c) | 990 LF |
| JUDGE PEREZ-2 (JP-2d) | 1339 LF |
| THERESA-1 | 1760 LF |
| THERESA-2 | 1658 LF |
| THERESA-3 | 4293 LF |
| THERESA-4a | 2337 LF |
| THERESA-4b | 2041 LF |
| THERESA-4c | 2140 LF |
| BATTURE-1 | 65 LF |
| TOTAL | 23758 LF |

NOTE:

1. ANTICIPATED CLEARING THROUGH NON-JURISDICTIONAL FORESTED WETLANDS. NOT INCLUDED IN IMPACT QUANTITY ESTIMATE.

ROAD CLEARING PLAN
SCALE: 1" = 1000'

1000'    0    1000'    2000'

SCALE: 1" = 1000'

JUDGE PEREZ-1

THERESA-4a

LIT SITE ROW

HWY39

THERESA-4c

THERESA-4b

JP-2a

THERESA-3

JP-2b

THERESA-2

JP-2c

JP-2d    THERESA-1

PROPOSED ERT SURVEY TRANSECT

1500' LEVEE OFFSET    VIOLET

ANTICIPATED CLEARING SEE NOTE 1

USACE MRL BASELINE

W SMITH JUNIOR ELEMENTARY SCHOOL

NS RAILROAD

HWY 46

440+00    450+00    460+00    470+00    480+00    490+00    500+00    510+00



BATTURE-1

C:\pwworking\aecom_ds21_na_2020\d0229794\FIG 2 - SHT 3 OF 3.dwg, Apr 05, 2022 - 2:28:43PM, phillip.dempseyiii

AECOM Imagine it. Delivered.

1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

EUSTIS ENGINEERING L.L.C.
SINCE 1946

BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|---|---|---|---|
| 11/8/21 | AS NOTED | 60637250 | FIG 2 - SHT 3 OF 3 |

DESIGNED BY: JAMES HANCE, P.E.  LA REGISTRATION NO: 0031270    STATE: LA

PRELIMINARY - FOR PERMIT PURPOSES ONLY



**BORING & CPT KEY PLAN PHASE II**
SCALE: NTS

LEGEND:
- NON-JURISDICTIONAL FORESTED WETLAND
- JURISDICTIONAL BATTURE WETLANDS
- SCRUB/SHRUB WETLANDS
- JURISDICTIONAL SCRUB/SHRUB WETLANDS
- FORESTED WETLAND

<div style="writing-mode:vertical">PRELIMINARY - FOR PERMIT PURPOSES ONLY</div>



**BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS**
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|------|-------|---------|-------------|
| 11/8/21 | AS NOTED | 60637250 | FIG 3 - SHT 1 OF 14 |

DESIGNED BY: JAMES HANCE, P.E.   LA REGISTRATION NO: 0031270   STATE: LA

AECOM Imagine it. Delivered.
1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

EUSTIS ENGINEERING L.L.C. SINCE 1946

C:\pwworking\aecom_ds21_na_2020\d0229794\FIG 3.dwg, Apr.05, 2022 - 2:32:13PM, phillip.dempseyii



MATCHLINE FIG 3 - SHT 5 OF 14

HWY 46

NS RAILROAD

GC–17

GC–59

GB–7

GC–54

LIT SITE ROW

GC–53

GC–8

GB–5

GC–9

POYDRAS REVETMENT

USACE MRL BASELINE

ACCESS FROM PORT SHIP
SERVICES - POYDRAS DOCK

USACE MRL

460+00

470+00

GB–1

GC–1

GC–2

GB–2

MATCHLINE FIG 3 - SHT 3 OF 14

*MISSISSIPPI RIVER*

RB–4

RB–5

**PRELIMINARY – FOR PERMIT PURPOSES ONLY**

C:\jvw.working\aecom_ds21_na_2020\d0229794\FIG 3.dwg, Feb 09, 2023 - 11:19:04AM, Paul.Barras1

NOTES:
1.  REFER TO FIG 5 FOR TABULAR SUMMARY OF
    EXPLORATION POINTS.

2.  LOCATIONS OF BORINGS AND CPTS SHOWN
    HERE SHOULD BE CONSIDERED
    APPROXIMATE AND MAY BE MODIFIED IN THE
    FIELD BASED ON EXISTING UTILITIES, SITE
    ACCESS, AND/OR PROJECT REQUIREMENTS

**BORING & CPT PLAN PHASE II**
SCALE: 1" = 200'

LEGEND:

⊕  DENOTES LOCATIONS OF PROPOSED MARINE
   AND WHARF EXPLORATION BORINGS

⊕  DENOTES LOCATIONS OF PROPOSED
   GENERAL EXPLORATION BORINGS

▲  DENOTES LOCATIONS OF PROPOSED GENERAL
   EXPLORATION CONE PENETRATION TESTS

▨  JURISDICTIONAL BATTURE WETLANDS



200'   0    200'    200'

SCALE: 1" = 200'

**AECOM** Imagine it.
Delivered.

1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

**EUSTIS**
ENGINEERING L.L.C.
SINCE 1946

**BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS**
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|------|-------|---------|-------------|
| 11/8/21 | AS NOTED | 60637250 | FIG 3 - SHT 2 OF 14 |

DESIGNED BY: JAMES HANCE, P.E.   LA REGISTRATION  NO: 0031270    STATE: LA



MATCHLINE FIG - 3 SHT 5 OF 14

MATCHLINE FIG 3 - SHT 6 OF 14

GC-55
GC-10
GC-11
GC-12    GB-6    GC-13
GC-14

MATCHLINE FIG 3 - SHT 2 OF 14

USACE MRL BASELINE
APPROXIMATE REACH BOUNDARY

USACE MRL

480+00
490+00

GC-4    GB-3    GC-5    GC-6    GC-60
GC-    LIT SITE ROW
POYDRAS REVETMENT
MISSISSIPPI RIVER
RB-6

ACCESS FROM PORT SHIP
SERVICES - POYDRAS DOCK

MATCHLINE FIG 3 - SHT 4 OF 14

**BORING & CPT PLAN PHASE II**
SCALE: 1" = 200'

NOTES:
1. REFER TO FIG 5 FOR TABULAR SUMMARY OF
   EXPLORATION POINTS.

2. LOCATIONS OF BORINGS AND CPTS SHOWN
   HERE SHOULD BE CONSIDERED
   APPROXIMATE AND MAY BE MODIFIED IN THE
   FIELD BASED ON EXISTING UTILITIES, SITE
   ACCESS, AND/OR PROJECT REQUIREMENTS

LEGEND:
⬤ DENOTES LOCATIONS OF PROPOSED MARINE AND WHARF EXPLORATION BORINGS
⬤ DENOTES LOCATIONS OF PROPOSED GENERAL EXPLORATION BORINGS
▲ DENOTES LOCATIONS OF PROPOSED GENERAL EXPLORATION CONE PENETRATION TESTS

▨ NON-JURISDICTIONAL FORESTED WETLAND
▨ JURISDICTIONAL SCRUB/SHRUB WETLANDS
▨ JURISDICTIONAL BATTURE WETLANDS

200'  0    200'      200'
SCALE: 1" = 200'

C:\pwworking\aecom_ds21_na_2020\d0229794\FIG 3.dwg, Apr.05, 2022 - 2:32:32PM, phillip.dempseyii

**PRELIMINARY - FOR PERMIT PURPOSES ONLY**



**Imagine it.
Delivered.**

1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

EUSTIS
ENGINEERING L.L.C.
SINCE 1946

**BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS**
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|---|---|---|---|
| 11/8/21 | AS NOTED | 60637250 | FIG 3 - SHT 3 OF 14 |

DESIGNED BY: JAMES HANCE, P.E.  LA REGISTRATION NO: 0031270    STATE: LA



NS RAILROAD

MATCHLINE FIG 3 - SHT 6 OF 14

GC-22

GB-8

GC-23

PROPOSED CLEARING ROUTE

LIT SITE ROW

GC-15

GC-52

GC-16

MATCHLINE FIG 3 - SHT 3 OF 14

USACE MRL BASELINE

500+00

USACE MRL

510+00

GC-7

GC-51

GB-4

POYDRAS REVETMENT

ACCESS FROM PORT SHIP
SERVICES - POYDRAS DOCK

RB-7

RB-8

MISSISSIPPI RIVER

BORING & CPT PLAN PHASE II
SCALE: 1" = 200'

PRELIMINARY - FOR PERMIT PURPOSES ONLY

NOTES:
1.  REFER TO FIG 5 FOR TABULAR SUMMARY OF
    EXPLORATION POINTS.

2.  LOCATIONS OF BORINGS AND CPTS SHOWN
    HERE SHOULD BE CONSIDERED
    APPROXIMATE AND MAY BE MODIFIED IN THE
    FIELD BASED ON EXISTING UTILITIES, SITE
    ACCESS, AND/OR PROJECT REQUIREMENTS

LEGEND:
DENOTES LOCATIONS OF PROPOSED MARINE
AND WHARF EXPLORATION BORINGS

DENOTES LOCATIONS OF PROPOSED
GENERAL EXPLORATION BORINGS

DENOTES LOCATIONS OF PROPOSED GENERAL
EXPLORATION CONE PENETRATION TESTS

NON-JURISDICTIONAL FORESTED WETLAND

JURISDICTIONAL BATTURE WETLANDS

200'   0   200'   200'

SCALE: 1" = 200'

C:\pwworking\aecom_ds21_na_2020\d02229794\FIG 3.dwg, Apr.05, 2022 - 2:32:42PM, phillip.dempseyiii

**AECOM** Imagine it.
Delivered.
1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

**EUSTIS** ENGINEERING L.L.C.
SINCE 1946

BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|---|---|---|---|
| 11/8/21 | AS NOTED | 60637250 | FIG 3 - SHT 4 OF 14 |

DESIGNED BY: JAMES HANCE, P.E.  LA REGISTRATION NO: 0031270  STATE: LA



MATCHLINE FIG 3 - SHT 7 OF 14

GB-11
GC-58
GC-29

W. SMITH JUNIOR
ELEMENTARY
SCHOOL

20' PROPOSED CLEARING
ROUTE WITH 30' DIA PADS

GB-9

GC-57

LIT SITE ROW

HWY 46
NS RAILROAD
GC-18

MATCHLINE FIG 3 - SHT 2 OF 14
GC-56
MATCHLINE FIG 3 - SHT 3 OF 14

MATCHLINE FIG 3 - SHT 6 OF 14

PRELIMINARY - FOR PERMIT PURPOSES ONLY

C:\pwworking\aecom_ds21_na_2020\d0229794\FIG 3.dwg, Apr.05, 2022 - 2:32:52PM, phillip.dempseyii

**NOTES:**
1. REFER TO FIG 5 FOR TABULAR SUMMARY OF EXPLORATION POINTS.

2. LOCATIONS OF BORINGS AND CPTS SHOWN HERE SHOULD BE CONSIDERED APPROXIMATE AND MAY BE MODIFIED IN THE FIELD BASED ON EXISTING UTILITIES, SITE ACCESS, AND/OR PROJECT REQUIREMENTS

**BORING & CPT PLAN PHASE II**
SCALE: 1" = 200'

**LEGEND:**
⊕  DENOTES LOCATIONS OF PROPOSED GENERAL EXPLORATION BORINGS
▲  DENOTES LOCATIONS OF PROPOSED GENERAL EXPLORATION CONE PENETRATION TESTS
▨  FORESTED WETLAND

200'    0    200'    200'
SCALE: 1" = 200'



1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

EUSTIS
ENGINEERING L.L.C.
SINCE 1946

**BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS**
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|------|-------|---------|-------------|
| 11/8/21 | AS NOTED | 60637250 | FIG 3 - SHT 5 OF 14 |

DESIGNED BY: JAMES HANCE, P.E.    LA REGISTRATION NO: 0031270    STATE: LA



MATCHLINE FIG 3 - SHT 8 OF 14

APPROXIMATE REACH BOUNDARY

DGC−1  DGB−1  GC−30  GC−31  GC−32

GC−33

20' PROPOSED CLEARING ROUTE WITH 30' DIA PADS

PROPOSED ERT SURVEY TRANSECT

MATCHLINE FIG 3 - SHT 5 OF 14

GC−25
GC−24

LIT SITE ROW

GC−26
GC−27
GC−28

HWY 46

GB−10
NS RAILROAD

GC−19  GC−20  GC−21

MATCHLINE FIG 3 - SHT 4 OF 14

MATCHLINE SHEET 3 OF 14

**BORING & CPT PLAN PHASE II**
SCALE: 1" = 200'

**LEGEND:**
- ◔ DENOTES LOCATIONS OF PROPOSED GENERAL EXPLORATION BORINGS
- ▲ DENOTES LOCATIONS OF PROPOSED GENERAL EXPLORATION CONE PENETRATION TESTS
- ▨ NON-JURISDICTIONAL FORESTED WETLAND
- ▨ JURISDICTIONAL SCRUB/SHRUB WETLANDS
- ▨ FORESTED WETLAND

NOTES:
1. PROPOSED ERT SURVEY TRANSECT MAY REQUIRE LIMITED HAND CLEARING.
2. REFER TO FIG 5 FOR TABULAR SUMMARY OF EXPLORATION POINTS.
3. LOCATIONS OF BORINGS AND CPTS SHOWN HERE SHOULD BE CONSIDERED APPROXIMATE AND MAY BE MODIFIED IN THE FIELD BASED ON EXISTING UTILITIES, SITE ACCESS, AND/OR PROJECT REQUIREMENTS

200'  0  200'  200'
SCALE: 1" = 200'

PRELIMINARY - FOR PERMIT PURPOSES ONLY

C:\pwworking\aecom_ds21_na_2020\d022979\FIG 3.dwg, Apr 05, 2022 - 2:33:02PM, phillip.dempseyiii



Imagine it. Delivered.

EUSTIS
ENGINEERING L.L.C.
SINCE 1946

1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

**BOARD OF COMMISSIONERS − PORT OF NEW ORLEANS**
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|------|-------|---------|-------------|
| 11/8/21 | AS NOTED | 60637250 | FIG 3 - SHT 6 OF 14 |

DESIGNED BY: JAMES HANCE, P.E.  LA REGISTRATION NO: 0031270  STATE: LA



MATCHLINE FIG 3 - SHT 9 OF 14

GB-13

GC-39

20' PROPOSED CLEARING
ROUTE WITH 30' DIA PADS

LIT SITE ROW

MATCHLINE FIG 3 - SHT 8 OF 14

W. SMITH JUNIOR
ELEMENTARY
SCHOOL

1500' FROM LEVEE TOE

MATCHLINE FIG 3 - SHT 5 OF 14

**PRELIMINARY - FOR PERMIT PURPOSES ONLY**

C:\pwworking\aecom_ds21_na_2020\d029794\FIG 3.dwg, Apr.05, 2022 - 2:33:12PM, phillip.dempseyii

NOTES:
1.  REFER TO FIG 5 FOR TABULAR SUMMARY OF
    EXPLORATION POINTS.

2.  LOCATIONS OF BORINGS AND CPTS SHOWN
    HERE SHOULD BE CONSIDERED
    APPROXIMATE AND MAY BE MODIFIED IN THE
    FIELD BASED ON EXISTING UTILITIES, SITE
    ACCESS, AND/OR PROJECT REQUIREMENTS

BORING & CPT PLAN PHASE II
SCALE: 1" = 200'

LEGEND:
● DENOTES LOCATIONS OF PROPOSED
  GENERAL EXPLORATION BORINGS
▲ DENOTES LOCATIONS OF PROPOSED GENERAL
  EXPLORATION CONE PENETRATION TESTS

▨ FORESTED WETLAND

200'   0   200'   200'

SCALE: 1" = 200'

**AECOM** Imagine it.
Delivered.

1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

**EUSTIS**
ENGINEERING L.L.C.
SINCE 1946

**BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS**
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|------|-------|---------|-------------|
| 11/8/21 | AS NOTED | 60637250 | FIG 3 - SHT 7 OF 14 |

DESIGNED BY: JAMES HANCE, P.E.  LA REGISTRATION NO: 0031270   STATE: LA





**PRELIMINARY - FOR PERMIT PURPOSES ONLY**

MATCHLINE FIG 3 - SHT 7 OF 14

GC-41

GC-40

20' PROPOSED CLEARING
ROUTE WITH 30' DIA PADS

GB-14

GC-42

GC-43

APPROXIMATE REACH BOUNDARY

PROPOSED ERT
SURVEY
TRANSECT

GC-34

GC-35

GC-36

1500' FROM LEVEE TOE

GC-37

GC-38

LIT SITE ROW

MATCHLINE FIG 3 - SHT 6 OF 14

C:\pwworking\aecom_ds21_na_2020\d029794\FIG 3.dwg, Apr.05, 2022 - 2:33:22PM, phillip.dempseyii

**NOTES:**
1. PROPOSED ERT SURVEY TRANSECT MAY REQUIRE LIMITED HAND CLEARING.

2. REFER TO FIG 5 FOR TABULAR SUMMARY OF EXPLORATION POINTS.

3. LOCATIONS OF BORINGS AND CPTS SHOWN HERE SHOULD BE CONSIDERED APPROXIMATE AND MAY BE MODIFIED IN THE FIELD BASED ON EXISTING UTILITIES, SITE ACCESS, AND/OR PROJECT REQUIREMENTS

**BORING & CPT PLAN PHASE II**
SCALE: 1" = 200'

**LEGEND:**
⊕ DENOTES LOCATIONS OF PROPOSED GENERAL EXPLORATION BORINGS

▲ DENOTES LOCATIONS OF PROPOSED GENERAL EXPLORATION CONE PENETRATION TESTS

▨ FORESTED WETLAND



200'    0    200'    200'
SCALE: 1" = 200'

AECOM — Imagine it. Delivered.
1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

EUSTIS ENGINEERING L.L.C.
SINCE 1946

**BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS**
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|------|-------|---------|-------------|
| 11/8/21 | AS NOTED | 60637250 | FIG 3 - SHT 8 OF 14 |

DESIGNED BY: JAMES HANCE, P.E.  LA REGISTRATION NO: 0031270  STATE: LA



20' PROPOSED CLEARING ROUTE WITH 30' DIA PADS

GC-44
GB-16

GB-15

GB-12

GC-39

MATCHLINE FIG 3 - SHT 7 OF 14

**BORING & CPT PLAN PHASE II**
SCALE: 1" = 200'

NOTES:
1. REFER TO FIG 5 FOR TABULAR SUMMARY OF EXPLORATION POINTS.

2. LOCATIONS OF BORINGS AND CPTS SHOWN HERE SHOULD BE CONSIDERED APPROXIMATE AND MAY BE MODIFIED IN THE FIELD BASED ON EXISTING UTILITIES, SITE ACCESS, AND/OR PROJECT REQUIREMENTS

LEGEND:
● DENOTES LOCATIONS OF PROPOSED GENERAL EXPLORATION BORINGS
▲ DENOTES LOCATIONS OF PROPOSED GENERAL EXPLORATION CONE PENETRATION TESTS
▨ FORESTED WETLAND

200'   0   200'   200'

SCALE: 1" = 200'



PRELIMINARY - FOR PERMIT PURPOSES ONLY

C:\pwworking\aecom_ds21_na_2020\d0229794\FIG 3.dwg, Apr 05, 2022 - 2:33:33PM, phillip.dempseyii

**AECOM** Imagine it. Delivered.
1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

**EUSTIS** ENGINEERING L.L.C. SINCE 1946

**BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS**
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|------|-------|---------|-------------|
| 11/8/21 | AS NOTED | 60637250 | FIG 3 - SHT 9 OF 14 |

DESIGNED BY: JAMES HANCE, P.E.   LA REGISTRATION NO:0031270   STATE: LA



**PRELIMINARY - FOR PERMIT PURPOSES ONLY**

NOTES:
1. REFER TO FIG 5 FOR TABULAR SUMMARY OF EXPLORATION POINTS.

2. LOCATIONS OF BORINGS AND CPTS SHOWN HERE SHOULD BE CONSIDERED APPROXIMATE AND MAY BE MODIFIED IN THE FIELD BASED ON EXISTING UTILITIES, SITE ACCESS, AND/OR PROJECT REQUIREMENTS

**BORING & CPT PLAN PHASE II**
SCALE: 1" = 200'

200'  0  200'  200'
SCALE: 1" = 200'

LEGEND:
DENOTES LOCATIONS OF PROPOSED GENERAL EXPLORATION BORINGS
DENOTES LOCATIONS OF PROPOSED GENERAL EXPLORATION CONE PENETRATION TESTS
SCRUB/SHRUB WETLANDS
FORESTED WETLAND

20' PROPOSED CLEARING ROUTE WITH 30' DIA PADS

MATCHLINE FIG 3 - SHT 11 OF 14

GB-17
GC-47
GC-45
DGC-2
DGB-2

**AECOM** Imagine it. Delivered.
1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

**EUSTIS** ENGINEERING L.L.C. SINCE 1946

**BOARD OF COMMISSIONERS — PORT OF NEW ORLEANS**
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|------|-------|---------|-------------|
| 11/8/21 | AS NOTED | 60637250 | FIG 3 - SHT 10 OF 14 |

DESIGNED BY: JAMES HANCE, P.E.  LA REGISTRATION NO: 0031270  STATE: LA

C:\pwworking\aecom_ds21_na_2020\d02297941FIG 3.dwg, Apr.05, 2022 - 2:33:42PM, phillip.dempseyiii



GB—18

20' PROPOSED CLEARING
ROUTE WITH 30' DIA PADS

MATCHLINE FIG 3 - SHT 10 OF 14

GC—46

BORING & CPT PLAN PHASE II
SCALE: 1" = 200'

200'    0    200'    200'
SCALE: 1" = 200'

NOTES:
1.  REFER TO FIG 5 FOR TABULAR SUMMARY OF EXPLORATION POINTS.

2.  LOCATIONS OF BORINGS AND CPTS SHOWN HERE SHOULD BE
    CONSIDERED APPROXIMATE AND MAY BE MODIFIED IN THE FIELD
    BASED ON EXISTING UTILITIES, SITE ACCESS, AND/OR PROJECT
    REQUIREMENTS

LEGEND:
● DENOTES LOCATIONS OF PROPOSED
  GENERAL EXPLORATION BORINGS
▲ DENOTES LOCATIONS OF PROPOSED GENERAL
  EXPLORATION CONE PENETRATION TESTS
▨ FORESTED WETLAND

PRELIMINARY - FOR PERMIT PURPOSES ONLY

C:\pwworkingaecom_ds21_na_2020\d0229794\FIG 3.dwg, Apr.05, 2022 - 2:33:52PM, phillip.dempseyii

**AECOM** Imagine it.
Delivered.

1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112



EUSTIS
ENGINEERING L.L.C.
SINCE 1946

BOARD OF COMMISSIONERS — PORT OF NEW ORLEANS
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|------|-------|---------|-------------|
| 11/8/21 | AS NOTED | 60637250 | FIG 3 - SHT 11 OF 14 |

DESIGNED BY: JAMES HANCE, P.E.   LA REGISTRATION NO: 0031270   STATE: LA



GC−48

GB−19

20' PROPOSED CLEARING
ROUTE WITH 30' DIA PADS

LIT SITE ROW    HWY 39

MATCHLINE FIG 3 - SHT 13 OF 14

PRELIMINARY - FOR PERMIT PURPOSES ONLY

C:\pwworking\aecom_ds21_na_2020\d0229794\FIG 3.dwg, Apr.05, 2022 - 2:34:04PM, phillip.dempseyiii

BORING & CPT PLAN PHASE II
SCALE: 1" = 250'

NOTES:
1. REFER TO FIG 5 FOR TABULAR SUMMARY OF
   EXPLORATION POINTS.

2. LOCATIONS OF BORINGS AND CPTS SHOWN
   HERE SHOULD BE CONSIDERED
   APPROXIMATE AND MAY BE MODIFIED IN THE
   FIELD BASED ON EXISTING UTILITIES, SITE
   ACCESS, AND/OR PROJECT REQUIREMENTS

LEGEND:
● DENOTES LOCATIONS OF PROPOSED
  GENERAL EXPLORATION BORINGS
▲ DENOTES LOCATIONS OF PROPOSED GENERAL
  EXPLORATION CONE PENETRATION TESTS
▨ SCRUB/SHRUB WETLANDS
▨ FORESTED WETLAND

250'   0   250'   250'

SCALE: 1" = 250'

**AECOM** Imagine it.
Delivered.
1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

**EUSTIS**
ENGINEERING L.L.C.
SINCE 1946

**BOARD OF COMMISSIONERS − PORT OF NEW ORLEANS**
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|------|-------|---------|-------------|
| 11/8/21 | AS NOTED | 60637250 | FIG 3 - SHT 12 OF 14 |

DESIGNED BY: JAMES HANCE, P.E.  LA REGISTRATION NO: 0031270    STATE: LA



**PRELIMINARY - FOR PERMIT PURPOSES ONLY**

MATCHLINE FIG 3 - SHT 12 OF 14

MATCHLINE FIG 3 - SHT 14 OF 14

GB-20

GC-49

20' PROPOSED CLEARING ROUTE WITH 30' DIA PADS

LIT SITE ROW

NOTES:
1. REFER TO FIG 5 FOR TABULAR SUMMARY OF EXPLORATION POINTS.

2. LOCATIONS OF BORINGS AND CPTS SHOWN HERE SHOULD BE CONSIDERED APPROXIMATE AND MAY BE MODIFIED IN THE FIELD BASED ON EXISTING UTILITIES, SITE ACCESS, AND/OR PROJECT REQUIREMENTS

BORING & CPT PLAN PHASE II
SCALE: 1" = 250'

250'    0    250'    250'

SCALE: 1" = 250'

LEGEND:
● DENOTES LOCATIONS OF PROPOSED GENERAL EXPLORATION BORINGS
▲ DENOTES LOCATIONS OF PROPOSED GENERAL EXPLORATION CONE PENETRATION TESTS
▨ SCRUB/SHRUB WETLANDS
▧ FORESTED WETLAND

**AECOM** Imagine it. Delivered.
1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

**EUSTIS** ENGINEERING L.L.C.
SINCE 1946

**BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS**
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|------|-------|---------|-------------|
| 11/8/21 | AS NOTED | 60637250 | FIG 3 - SHT 13 OF 14 |

DESIGNED BY: JAMES HANCE, P.E.    LA REGISTRATION  NO: 0031270    STATE: LA

C:\pwworking\aecom_ds21_na_2020\d0229794\FIG 3.dwg, Apr.05, 2022 - 2:34:13PM, phillip.dempseyii



MATCHLINE FIG 3 - SHT 13 OF 14

GC-50

20' PROPOSED CLEARING
ROUTE WITH 30' DIA PADS



LIT SITE ROW

BORING & CPT PLAN PHASE II
SCALE: 1" = 250'

C:\pwworking\aecom_ds21_na_2020\d022979\4\FIG 3.dwg, Apr.05, 2022 - 2:34:22PM, phillip.dempseyii

**NOTES:**
1.  REFER TO FIG 5 FOR TABULAR SUMMARY OF
    EXPLORATION POINTS.

2.  LOCATIONS OF BORINGS AND CPTS SHOWN
    HERE SHOULD BE CONSIDERED
    APPROXIMATE AND MAY BE MODIFIED IN THE
    FIELD BASED ON EXISTING UTILITIES, SITE
    ACCESS, AND/OR PROJECT REQUIREMENTS

250'    0    250'    250'

SCALE: 1" = 250'

**LEGEND:**
● DENOTES LOCATIONS OF PROPOSED
   GENERAL EXPLORATION BORINGS
▲ DENOTES LOCATIONS OF PROPOSED GENERAL
   EXPLORATION CONE PENETRATION TESTS
▨ SCRUB/SHRUB WETLANDS
▨ FORESTED WETLAND

**PRELIMINARY - FOR PERMIT PURPOSES ONLY**



1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112



EUSTIS
ENGINEERING L.L.C.
SINCE 1946

**BOARD OF COMMISSIONERS − PORT OF NEW ORLEANS**
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|------|-------|---------|-------------|
| 11/8/21 | AS NOTED | 60637250 | FIG 3 - SHT 14 OF 14 |

DESIGNED BY: JAMES HANCE, P.E.  LA REGISTRATION  NO: 0031270    STATE: LA

| ID | LATITUDE | LONGITUDE | DEPTH | MR&T LEVEE TOE OFFSET (FT) | CLEARED WORK AREA (SQ FT) |
|---|---|---|---|---|---|
| DGB-1 | N29° 53' 17.88'' | W89° 53' 43.37'' | 200.00 | 1127.78L | 707.86 |
| DGB-2 | N29° 53' 21.19'' | W89° 53' 19.64'' | 200.00 | 3237.46L | 707.86 |
| GB-1 | N29° 53' 44.69'' | W89° 54' 07.14'' | 120.00 | 151.17R | |
| GB-2 | N29° 53' 28.50'' | W89° 54' 02.59'' | 120.00 | 175.15R | |
| GB-3 | N29° 53' 19.30'' | W89° 54' 00.04'' | 120.00 | 171.64R | |
| GB-4 | N29° 53' 02.46'' | W89° 53' 56.13'' | 120.00 | 165.15R | 707.86 |
| GB-5 | N29° 53' 38.98'' | W89° 54' 01.22'' | 120.00 | 108.43L | |
| GB-6 | N29° 53' 16.36'' | W89° 53' 54.39'' | 120.00 | 148.38L | |
| GB-7 | N29° 53' 29.65'' | W89° 53' 56.26'' | 120.00 | 303.06L | |
| GB-8 | N29° 53' 03.30'' | W89° 53' 49.84'' | 120.00 | 294.23L | N/A |
| GB-9 | N29° 53' 26.19'' | W89° 53' 49.83'' | 120.00 | 763.04L | 707.86 |
| GB-10 | N29° 53' 8.08'' | W89° 53' 47.86'' | 120.00 | 518.81L | |
| GB-11 | N29° 53' 37.25'' | W89° 53' 47.14'' | 120.00 | 1263.95L | 707.86 |
| GB-12 | N29° 53' 49.21'' | W89° 53' 41.86'' | 120.00 | 2014.12L | 707.86 |
| GB-13 | N29° 53' 31.23'' | W89° 53' 35.35'' | 120.00 | 2124.14L | 707.86 |
| GB-14 | N29° 53' 9.72'' | W89° 53' 29.09'' | 120.00 | 2179.13L | 707.86 |
| GB-15 | N29° 53' 42.92'' | W89° 53' 28.06'' | 120.00 | 3033.81L | 707.86 |
| GB-16 | N29° 53' 52.31'' | W89° 53' 31.7'' | 120.00 | 2958.59L | 707.86 |
| GB-17 | N29° 53' 33.70'' | W89° 53' 12.72'' | 120.00 | 4115.71L | 707.86 |
| GB-18 | N29° 53' 11.88'' | W89° 53' 03.94'' | 120.00 | 4403.39L | 707.86 |
| GB-19 | N29° 53' 48.35'' | W89° 53' 08.5'' | 120.00 | 4836.73L | 707.86 |

PHASE 2 BORING & CPT DATA TABLE

| ID | LATITUDE | LONGITUDE | DEPTH | MR&T LEVEE TOE OFFSET (FT) | CLEARED WORK AREA (SQ FT) |
|---|---|---|---|---|---|
| GB-20 | N29° 53' 25.75'' | W89° 52' 55.31'' | 120.00 | 5427.97L | 707.86 |
| DGC-1 | N29° 53' 17.90'' | W89° 53' 43.31'' | 200.00 | 1133.01L | 707.86 |
| DGC-2 | N29° 53' 21.17'' | W89° 53' 19.59'' | 200.00 | 3241.91L | 707.86 |
| GC-1 | N29° 53' 38.42'' | W89° 54' 05.79'' | 120.00 | 199.08R | |
| GC-2 | N29° 53' 33.13'' | W89° 54' 03.91'' | 120.00 | 177.86R | |
| GC-3 | N29° 53' 25.29'' | W89° 54' 01.83'' | 120.00 | 182.99R | |
| GC-4 | N29° 53' 21.67'' | W89° 54' 00.35'' | 120.00 | 167.10R | |
| GC-5 | N29° 53' 22.11'' | W89° 54' 00.71'' | 120.00 | 164.10R | |
| GC-6 | N29° 53' 12.32'' | W89° 53' 58.15'' | 120.00 | 169.51R | |
| GC-7 | N29° 53' 05.95'' | W89° 53' 56.83'' | 120.00 | 184.08R | |
| GC-8 | N29° 53' 45.30'' | W89° 54' 02.72'' | 120.00 | 137.79L | |
| GC-9 | N29° 53' 35.56'' | W89° 54' 00.61'' | 120.00 | 105.56L | |
| GC-10 | N29° 53' 26.34'' | W89° 53' 57.08'' | 120.00 | 148.47L | |
| GC-11 | N29° 53' 20.79'' | W89° 53' 55.56'' | 120.00 | 143.66L | |
| GC-12 | N29° 53' 16.36'' | W89° 53' 54.40'' | 120.00 | 147.89L | |
| GC-13 | N29° 53' 13.58'' | W89° 53' 53.48'' | 120.00 | 162.39 | 707.86 |
| GC-14 | N29° 53' 10.46'' | W89° 53' 52.64'' | 120.00 | 154.91L | |
| GC-15 | N29° 53' 6.27'' | W89° 53' 52.93'' | 120.00 | 138.98L | N/A |
| GC-16 | N29° 53' 01.09'' | W89° 53' 51.78'' | 120.00 | 96.92L | N/A |
| GC-17 | N29° 53' 32.51'' | W89° 53' 56.26'' | 120.00 | 371.73L | |
| GC-18 | N29° 53' 21.54'' | W89° 53' 51.83'' | 120.00 | 480.86L | |
| GC-19 | N29° 53' 15.73'' | W89° 53' 50.98'' | 120.00 | 426.08L | 707.86 |
| GC-20 | N29° 53' 13.96'' | W89° 53' 50.41'' | 120.00 | 434.43L | 707.86 |
| GC-21 | N29° 53' 10.41'' | W89° 53' 49.79'' | 120.00 | 397.76L | 707.86 |
| GC-22 | N29° 53' 06.05'' | W89° 53' 49.27'' | 120.00 | 369.67L | N/A |

NOTES:

1. THE LOCATIONS AND DEPTHS OF THE PHASE 2 BORINGS AND CPT'S MAY BE MODIFIED FROM WHAT IS SHOWN ON THIS SHEET BASED ON EXISTING UTILITIES, SITE ACCESS, SUBSURFACE CONDITIONS, AND/OR PROJECT REQUIREMENTS.

C:\pwworking\aecom_ds21_na_2020\d022979\4\FIG 4.dwg, Feb.09, 2023 - 1:06:17PM, Paul.Barras1



1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

EUSTIS ENGINEERING L.L.C. SINCE 1946

**BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS**
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|---|---|---|---|
| 11/8/21 | AS NOTED | 60637250 | FIG 4 - SHT 1 OF 2 |

DESIGNED BY: JAMES HANCE, P.E.  LA REGISTRATION NO: 0031270  STATE: LA

PRELIMINARY - FOR PERMIT PURPOSES ONLY

| PHASE 2 BORING & CPT DATA TABLE | | | | | |
| ID | LATITUDE | LONGITUDE | DEPTH | MR&T LEVEE TOE OFFSET (FT) | CLEARED WORK AREA (SQ FT) |
|---|---|---|---|---|---|
| GC-23 | N29° 53' 01.26'' | W89° 53' 48.8'' | 120.00 | 359.26L | N/A |
| GC-24 | N29° 53' 17.15'' | W89° 53' 48'' | 120.00 | 713.76L | |
| GC-25 | N29° 53' 13.94'' | W89° 53' 46.75'' | 120.00 | 747.15L | |
| GC-26 | N29° 53' 10.47'' | W89° 53' 46.31'' | 120.00 | 698.52L | |
| GC-27 | N29° 53' 5.84'' | W89° 53' 46.04'' | 120.00 | 650.62L | |
| GC-28 | N29° 53' 1.68'' | W89° 53' 45.64'' | 120.00 | 640.70L | |
| GC-29 | N29° 53' 28.40'' | W89° 53' 45.28'' | 120.00 | 1206.30L | 707.86 |
| GC-30 | N29° 53' 14.19'' | W89° 53' 42.25'' | 120.00 | 1137.01L | 707.86 |
| GC-31 | N29° 53' 10.52'' | W89° 53' 41.38'' | 120.00 | 1122.44L | 707.86 |
| GC-32 | N29° 53' 6.58'' | W89° 53' 40.75'' | 120.00 | 1121.69L | 707.86 |
| GC-33 | N29° 53' 2.15'' | W89° 53' 41.31'' | 120.00 | 1024.74L | 707.86 |
| GC-34 | N29° 53' 18.64'' | W89° 53' 37.22'' | 120.00 | 1672.12L | 707.86 |
| GC-35 | N29° 53' 14.10'' | W89° 53' 36.45'' | 120.00 | 1629.67L | 707.86 |
| GC-36 | N29° 53' 10.10'' | W89° 53' 35.68'' | 120.00 | 1608.98L | 707.86 |
| GC-37 | N29° 53' 6.63'' | W89° 53' 35.28'' | 120.00 | 1600.98L | 707.86 |
| GC-38 | N29° 53' 2.39'' | W89° 53' 34.6'' | 120.00 | 1614.83L | 707.86 |
| GC-39 | N29° 53' 40.13'' | W89° 53' 38.07'' | 120.00 | 2109.81L | 707.86 |
| GC-40 | N29° 53' 19.56'' | W89° 53' 30.96'' | 120.00 | 2229.93L | 707.86 |
| GC-41 | N29° 53' 14.21'' | W89° 53' 29.80'' | 120.00 | 2199.03L | 707.86 |
| GC-42 | N29° 53' 6.29'' | W89° 53' 28.21'' | 120.00 | 2218.71L | 707.86 |
| GC-43 | N29° 53' 2.94'' | W89° 53' 27.58'' | 120.00 | 2234.76L | 707.86 |

| PHASE 2 BORING & CPT DATA TABLE | | | | | |
| ID | LATITUDE | LONGITUDE | DEPTH | MR&T LEVEE TOE OFFSET (FT) | CLEARED WORK AREA (SQ FT) |
|---|---|---|---|---|---|
| GC-44 | N29° 53' 52.3'' | W89° 53' 31.7'' | 120.00 | 2958.58L | 707.86 |
| GC-45 | N29° 53' 31.47'' | W89° 53' 23.47'' | 120.00 | 3142.15L | |
| GC-46 | N29° 53' 11.26'' | W89° 53' 16.16'' | 120.00 | 3327.85L | 707.86 |
| GC-47 | N29° 53' 23.42'' | W89° 53' 8.22'' | 120.00 | 4268.29L | 707.86 |
| GC-48 | N29° 53' 56.84'' | W89° 53' 13.42'' | 120.00 | 4631.08L | 707.86 |
| GC-49 | N29° 53' 38.19'' | W89° 53' 2.81'' | 120.00 | 5072.72L | 707.86 |
| GC-50 | N29° 53' 14.73'' | W89° 52' 48.39'' | 120.00 | 5797.33L | 707.86 |
| GC-51 | N29° 53' 02.44'' | W89° 53' 56.13'' | 120.00 | 165.33R | 707.86 |
| GC-52 | N29° 53' 03.02'' | W89° 53' 51.52'' | 120.00 | 143.36L | N/A |
| GC-53 | N29° 53' 29.70'' | W89° 53' 58.11'' | 120.00 | 144.59L | |
| GC-54 | N29° 53' 37.43'' | W89° 53' 58.49'' | 120.00 | 300.63L | |
| GC-55 | N29° 53' 16.14'' | W89° 53' 53.52'' | 120.00 | 217.60L | |
| GC-56 | N29° 53' 26.72'' | W89° 53' 53.91'' | 120.00 | 428.69L | |
| GC-57 | N29° 53' 30.44'' | W89° 53' 51.51'' | 120.00 | 726.85L | |
| GC-58 | N29° 53' 32.72'' | W89° 53' 46.19'' | 120.00 | 1235.60L | 707.86 |
| GC-59 | N29° 53' 29.73'' | W89° 53' 56.43'' | 120.00 | 291.31L | |
| GC-60 | N29° 53' 08.89'' | W89° 53' 57.28'' | 120.00 | 175.51R | |
| RB-4 | N29° 53' 30.03'' | W89° 54' 04.84'' | 200.00 | 329.95R | |
| RB-5 | N29° 53' 05.39'' | W89° 53' 22.63'' | 200.00 | 314.35R | |
| RB-6 | N29° 53' 14.81'' | W89° 54' 1.04'' | 200.00 | 396.84R | |
| RB-7 | N29° 53' 6.03'' | W89° 53' 58.85'' | 200.00 | 402.57R | |
| RB-8 | N29° 53' 0.69'' | W89° 53' 57.66'' | 200.00 | 357.54R | |

NOTES:

1. THE LOCATIONS AND DEPTHS OF THE PHASE 2 BORINGS AND CPT'S MAY BE MODIFIED FROM WHAT IS SHOWN ON THIS SHEET BASED ON EXISTING UTILITIES, SITE ACCESS, SUBSURFACE CONDITIONS, AND/OR PROJECT REQUIREMENTS.



**AECOM** Imagine it. Delivered.
1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

**EUSTIS** ENGINEERING L.L.C. SINCE 1946

**BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS**
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|---|---|---|---|
| 11/8/21 | AS NOTED | 60637250 | FIG 4 - SHT 2 OF 2 |

DESIGNED BY: JAMES HANCE, P.E.  LA REGISTRATION NO:0031270  STATE: LA

PRELIMINARY - FOR PERMIT PURPOSES ONLY

C:\pwworkingaecom_ds21_na_2020\d029794\FIG 4.dwg, Apr.05, 2022 - 3:31:53PM, phillip.dempseyii



WATER LEVEL 0 FT TO 55 FT

SOIL CUTTINGS



APPROXIMATE BOREHOLE
DIAMETER - VARIABLE 3 IN TO
5 IN; CPT DIAMETER 1.44 IN

APPROXIMATE
BOREHOLE
DIAMETER - 3 IN

DEPTH - VARIABLE
125 FT TO 200 FT

DEPTH - 200 FT

TYPICAL OPEN WATER
BORING CROSS-SECTION
(BORINGS RB-4 TO RB-8)

TYPICAL BORING/
CONE PENETRATION TEST
CROSS-SECTION

PRELIMINARY - FOR PERMIT PURPOSES ONLY

C:\pwworking\aecom_ds21_na_2020\d029794\FIG 5 - 1 OF 1.dwg, Apr 05, 2022 - 2:41:19PM, phillip.dempsey iii



Imagine it.
Delivered.

1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

EUSTIS
ENGINEERING L.L.C.
SINCE 1946

**BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS**
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|------|-------|---------|-------------|
| 11/8/21 | AS NOTED | 60637250 | FIG 5 - SHT 1 OF 1 |

DESIGNED BY: JAMES HANCE, P.E.  LA REGISTRATION NO:0031270    STATE: LA



FORESTED
WETLAND

VEGETATIVE MATTING
CROSS-SECTION

PRELIMINARY - FOR PERMIT PURPOSES ONLY



Imagine it.
Delivered.

1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

EUSTIS
ENGINEERING L.L.C.
SINCE 1946

BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|------|-------|---------|-------------|
| 11/8/21 | AS NOTED | 60637250 | FIG 6 - SHT 1 OF 1 |

DESIGNED BY: JAMES HANCE, P.E.   LA REGISTRATION NO: 0031270   STATE: LA

C:\pwworking\aecom_ds21_na_2020\d0229794\FIG 6 - 1 OF 1.dwg, Apr 05, 2022 - 2:39:51PM, phillip.dempsey.iii

## LDWF NOTES

LDWF database indicates the presence of bird nesting colonies within one mile of this proposed project. Please be aware that entry into or disturbance of active breeding colonies is prohibited by the Louisiana Department of Wildlife and Fisheries (LDWF). In addition, LDWF prohibits work within a certain radius of an active nesting colony.

Nesting colonies can move from year to year and no current information is available on the status of these colonies. If work for the proposed project will commence during the nesting season, conduct a field visit to the worksite to look for evidence of nesting colonies. This field visit should take place no more than two weeks before the project begins. If no nesting colonies are found within 1000 feet (2000 feet for Brown Pelicans) of the proposed project, no further consultation with LDWF will be necessary. If active nesting colonies are found within the previously stated distances of the proposed project, further consultation with LDWF will be required. In addition, colonies should be surveyed by a qualified biologist to document species present and the extent of colonies. Provide LDWF with a survey report which is to include the following information:

1.  qualifications of survey personnel;
2.  survey methodology including dates, site characteristics, and size of survey area;
3.  species of birds present, activity, estimates of number of nests present, and general vegetation type including digital photographs representing the site; and
4.  topographic maps and Arc View shapefiles projected in UTM NAD83 Zone 15 to illustrate the location and extent of the colony.

Please mail survey reports on CD to: Louisiana Natural Heritage Program
La. Dept. of Wildlife & Fisheries
P.O.    Box 98000
Baton Rouge, LA 70898-9000

To minimize disturbance to colonial nesting birds, the following restrictions on activity should be observed:
*   For colonies containing nesting wading birds (i.e., herons, egrets, night-herons, ibis, Roseate Spoonbills, Anhingas, or cormorants), all project activity occurring within 1000 feet of an active nesting colony should be restricted to the non-nesting period (i.e., September 1 through February 15).

*   For colonies containing nesting gulls, terns, or Black Skimmers, all project activity occurring within 650 feet (2000 feet for Brown Pelicans) of an active nesting colony should be restricted to the non-nesting period (i.e., September 16 through April 1).

No other impacts to rare, threatened or endangered species or critical habitats are anticipated from the proposed project. No state or federal parks, wildlife refuges, wildlife management areas or scenic rivers are known at the specified site or within % mile of the proposed project.

The Louisiana Natural Heritage Program (LNHP) reports summarize the existing information known at the time of the request regarding the location in question. LNHP reports should not be considered final statements on the biological elements or areas being considered, nor should they be substituted for on-site surveys required for environmental assessments. If at any time LNHP tracked species are encountered within the project area, please contact LDWF biologist at 225-765-2643.

## NDSI NOTES

In order to ensure the safety of all parties, the permittee shall contact the Louisiana One Call System (1-800-272-3020) a minimum of 48 hours prior to the commencement of any excavation (digging, dredging, jetting, etc.) or demolition activity

C:\pwworking\aecom_ds21_na_2020\d0229794\FIG 7 - 1 OF 1.dwg, Apr 05, 2022 - 2:39:23PM, phillip.dempseyiii

PRELIMINARY - FOR PERMIT PURPOSES ONLY





1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

**BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS**
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|------|-------|---------|-------------|
| 11/8/21 | AS NOTED | 60637250 | FIG 7 - SHT 1 OF 1 |

DESIGNED BY: JAMES HANCE, P.E.   LA REGISTRATION NO: 0031270   STATE: LA

NOTES:

1.  AS-BUILT DRAWINGS WILL BE SUBMITTED WITHIN 30 DAYS OF COMPLETION OF THIS PROJECT TO THE LOUISIANA DEPARTMENT OF NATURAL RESOURCES, OFFICE OF CONSERVATION, PIPELINE DIVISION, P.O. BOX 94275 BATON ROUGE, LOUISIANA 70804, AND TO THE LOUISIANA DEPARTMENT OF NATURAL RESOURCES, COASTAL MANAGEMENT DIVISION, P.O. BOX 44487, BATON ROUGE, LOUISIANA 70804-4487.

2.  ALL STRUCTURES, FACILITIES, WELL AND PIPELINES/FLOWLINES OCCURRING IN OPEN WATER AREAS OR IN OILFIELD CANALS OR SLIPS SHALL BE REMOVED WITHIN 120 DAYS OF ABANDONMENT OR THE FACILITIES FOR THE HEREIN PERMITTED USE, UNLESS PRIOR WRITTEN APPROVAL TO LEAVE SUCH STRUCTURES IN PLACE, IS RECEIVED FROM THE COSTAL MANAGEMENT DIVISION. THIS CONDITION DOES NOT PRECLUDE THE NECESSITY FOR REVISING THE CURRENT PERMIT OR OBTAINING A SEPARATE COASTAL USE PERMIT, SHOULD ONE BE REQUIRED.

3.  STRUCTURES MUST ALSO BE MARKED/LIGHTED IN ACCORDANCE WITH THE U.S. COAST GUARD REGULATIONS.

4.  IN ORDER TO ENSURE THE SAFETY OF ALL PARTIES, THE PERMITTEE SHALL CONTACT THE LOUISIANA ONE CALL SYSTEM (1-800-272-3020) A MINIMUM OF 48 HOURS PRIOR TO THE COMMENCEMENT OF ANY EXCAVATION (DIGGING, DREDGING, JETTING, ETC.) OR DEMOLITION ACTIVITY.

5.  THE AREA WHERE THE PROJECT IS LOCATED IS ALL PART OF THE ABORIGINAL HOMELANDS OF THE CHITIMACHA TRIBE OF LOUISIANA.  AS SUCH, LARGE VILLAGES, BURIAL SITES, AND SACRED SITES WERE IN PLACE IN THAT ENTIRE AREA.  IF AT ANY TIME DURING THE COURSE OF THE WORK, ANY TRADITIONAL CULTURAL PROPERTIES ARE DISCOVERED, PERMITTEE SHALL IMMEDIATELY CONTACT KIMBERLY S. WALDEN (CULTURAL DIRECTOR) OR MELANIE AYMOND (RESEARCH COORDINATOR) AT (337) 923-9923 OR (337) 923-4395.  OFFICE HOURS ARE MONDAY THROUGH THURSDAY FROM 7:30 A.M. - 5:00 P.M. AND ON FRIDAY BETWEEN 7:30 A.M. - 11:30 A.M.  IF TRADITIONAL CULTURAL PROPERTIES ARE DISCOVERED ON THE WEEKEND OR AFTER BUSINESS HOURS, THE NOTIFICATION SHALL BE MADE THE NEXT BUSINESS MORNING.

6.  NO IMPACTS TO RARE, THREATENED OR ENDANGERED SPECIES OR CRITICAL HABITATS ARE ANTICIPATED FROM THE PROPOSED PROJECT. NO STATE OR FEDERAL PARKS, WILDLIFE REFUGES, WILDLIFE MANAGEMENT AREAS OR SCENIC RIVERS ARE KNOWN AT THE SPECIFIED SITE OR WITHIN ¼ MILE OF THE PROPOSED PROJECT.

7.  THE LOUISIANA NATURAL HERITAGE PROGRAM (LNHP) REPORTS SUMMARIZE THE EXISTING INFORMATION KNOWN AT THE TIME OF THE REQUEST REGARDING THE LOCATION IN QUESTION. LNHP REPORTS SHOULD NOT BE CONSIDERED FINAL STATEMENTS ON THE BIOLOGICAL ELEMENTS OR AREAS BEING CONSIDERED, NOR SHOULD THEY BE SUBSTITUTED FOR ON-SITE SURVEYS REQUIRED FOR ENVIRONMENTAL ASSESSMENTS. IF AT ANY TIME LNHP TRACKED SPECIES ARE ENCOUNTERED WITHIN THE PROJECT AREA, PLEASE CONTACT OUR BIOLOGIST AT 225-765-2643.

C:\jwwworkingaecom_ds21_na_2020\d02929794\FIG 8 - 1 OF 1.DWG,  Apr 05, 2022 - 2:38:49PM, phillip.dempseyiii

PRELIMINARY - FOR PERMIT PURPOSES ONLY



1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

EUSTIS ENGINEERING L.L.C. SINCE 1946

| BOARD OF COMMISSIONERS − PORT OF NEW ORLEANS | | | |
|---|---|---|---|
| LOUISIANA INTERNATIONAL TERMINAL AT VIOLET | | | |
| DATE | SCALE | JOB NO. | DRAWING NO. |
| 11/8/21 | AS NOTED | 60637250 | FIG 8 - SHT 1 OF 1 |
| DESIGNED BY: JAMES HANCE, P.E.   LA REGISTRATION NO: 0031270    STATE: LA | | | |