## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE ST. BERNARD PARISH SCHOOL BOARD**  *Petitioner* | **CIVIL ACTION NO. 24-01952** |
| **VERSUS** | **SECTION L** |
| **THE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS**  *Respondent* | **MAGISTRATE 5** |

*ORDER*

Considering the foregoing Motion to Remand:

**IT IS HEREBY ORDERED** that petitioner's Motion to Remand is hereby GRANTED

**IT IS FURTHER ORDERED** that the instant case is hereby remanded to the Thirty-Fourth Judicial District Court for the Parish of St. Bernard.

**THUS DONE AND SIGNED** this _____ day of _____, 2024 in New Orleans, Louisiana.

_____
JUDGE