UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE ST. BERNARD PARISH SCHOOL BOARD**<br>*Petitioner* | **CIVIL ACTION NO. 24-01952** |
| **VERSUS** | **SECTION L** |
| **THE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS**<br>*Respondent* | **MAGISTRATE 5** |

_____

*NOTICE OF SUBMISSION*

_____

PLEASE TAKE NOTICE that the *Motion to Remand* filed by petitioner will be submitted to the Honorable Eldon E. Fallon, United States District Judge for the Eastern District of Louisiana on October 2, 2024 at 9:00 o'clock a.m.

OFFICE OF THE DISTRICT ATTORNEY
FOR THE PARISH OF ST. BERNARD

HONORABLE PERRY M. NICOSIA

BY:   /s/ David C. Jarrell
      DAVID C. JARRELL (Bar No. 30907)
      2010 Pakenham Dr.
      Chalmette, LA 70043
      Tel: (504) 271-1658
      Fax: (504) 279-2874
      djarrell@stbda.org
      Attorney for petitioner SBPSB