

Plot Time: Monday, April 01, 2024 — 11:57am  Plotted by: JEHEL
File Name: C:\Users\Jehel\DC\ACCDocs\Port of New Orleans\LIT\Project Files\Live Files\SHEET FILES\14.0 Port General\14.0.00 Overall Project\1400001G-103A.dwg  Layout Name: 1400001G-103

OVERALL S... N - PHASE 3

**BOARD OF COMMISSIONERS**
**PORT OF NEW ORLEANS**

PORT NOLA
THE PORT OF NEW ORLEANS

**LOUISIANA INTERNATIONAL TERMINAL**
**MASTER PLAN LAYOUT - PHASE 3**

WO. W12000    DWG NO. 1400001G-103A    REV.

**KEYNOTES**

1. ADMINISTRATION BUILDING
2. POV PARKING – 441 SPACES
3. REEFER/OVERSIZED/LEAKING CONTAINER AREA – 100 SPACES
4. TRUCK QUEUING AREA – 33 SPACES
5. MAINTENANCE & REPAIR BUILDING
6. HARBOR POLICE STATION
7. EQUIPMENT PARKING
8. REEFER WASH FACILITY
9. BUFFER
10. ENTRY GATE INTERCHANGE CANOPY – 12 LANES
11. ENTRY OCR & WEIGH IN MOTION SCALE
12. PROVISIONAL STORAGE AREA – 8 ACRES
13. EXIT GATE INTERCHANGE CANOPY/OCR – 10 LANES
14. DRIVERS ASSISTANCE STATION
15. VESSEL OPERATIONS BUILDING
16. EMERGENCY ACCESS GATE
17. ROADABILITY
18. RFID READER
19. TRUCK WAITING AREA – 32 SPACES
20. POV/VENDOR GATE
21. EXIT GATE RPM'S – 3 LANES
22. CBP SECONDARY INSPECTION AREA
23. INTERMODAL YARD RPM – 1 LANE
24. DRAINAGE CANAL
25. PUMP STATION
26. BERM
27. ENTERGY SUBSTATION
28. MAIN ELECTRICAL SWITCH GEAR
29. CONTAINER REPAIR STATION
30. CROSS-DOCK INSPECTION FACILITY
31. RAIL OPERATIONS BUILDING
32. DRIVER REST STATION
33. CBP NII AREA
34. USDA FUMIGATION AREA
35. REEFER GENSET MAINTENANCE & FUELING AREA
36. BIKE PATH
37. SEWAGE TREATMENT PLANT
38. BAD-ORDER TRACK
39. MAIN SEWAGE PUMP STATION
40. WATER BOOSTER PUMP STATION
41. STORAGE POND – 25 ACRE
42. LOCOMOTIVE FUELING TRACK

A. RAMP A
B. RAMP B
C. RAMP C

**LEGEND**

ASC

REEFER RACK – 288 SLOTS

SIDE PICKS – 1,680 TGS

10,728 TGS – 40 TGS LONG X 9 WIDE

HML ~ 72
LIGHTPOLES – 6
30' SINGLE LIGHTPOLE ~ 89
50' DOUBLE LIGHTPOLE ~ 37

160 INTERNAL TRACTOR SPOTS

160 EXTERNAL TRUCK SPOTS

SECURE PERIMETER

ELECTRICAL SUBSTATION

RMG CRANE RAIL
ASC CRANE RAIL

PROJECT MANAGER
DESIGNED BY
CHECKED BY
DRAWN BY
APPROVED BY

CONSULTING ENGINEERS:

ISSUE | DATE | DESCRIPTION | INT | PROJ NO
REVISION BLOCK

PARISH:
PORT PROJ ENG:
DATE:
PORT PROJ NO:

SCALE: 1" = 500'
500'  0  500'  1000'

N