**Outlook**

## FW: NOPA Violet terminal facility proposal

**From** Clay Garside <clay@wwglaw.com>
**Date** Tue 9/3/2024 11:45 AM
**To** David C. Jarrell <dcj@jarrell-lawfirm.com>

FOIA request below.

**CLAY J. GARSIDE | PARTNER**
**Waltzer Wiygul & Garside LLC**
3201 General DeGaulle Dr., Ste 200
New Orleans, LA 70114
O (504) 340-6300 • F (504) 340-6330
C (504) 669-4751
www.wwglaw.com

**From:** Clay Garside
**Sent:** Tuesday, August 20, 2024 1:59 PM
**To:** Foia-mvn@usace.army.mil
**Subject:** NOPA Violet terminal facility proposal

Good Afternoon,

I request all communications, submissions, and other documents related to the Port of New Orleans proposal to construct a new terminal facility in Violet, St. Bernard Parish, Louisiana. The proposed project goes by the name Louisiana International Terminal.

Thank you,
Clay Garside

**CLAY J. GARSIDE | PARTNER**
**Waltzer Wiygul & Garside LLC**
3201 General DeGaulle Dr., Ste 200
New Orleans, LA 70114
O (504) 340-6300 • F (504) 340-6330
C (504) 669-4751
www.wwglaw.com