UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE ST. BERNARD PARISH SCHOOL BOARD**<br>*Petitioner* | **CIVIL ACTION NO. 24-01952** |
| **VERSUS** | **SECTION L** |
| **THE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS**<br>*Respondent* | **MAGISTRATE 5** |

*REQUEST FOR ORAL ARGUMENT*

NOW INTO COURT, through undersigned counsel, comes petitioner who respectfully submits the following Request for Oral Argument in accordance with Local Court Rule 78.1.

Petitioner requests Oral Argument for the reasons that it could assist the Court by affording the parties the opportunity to answer any questions the Court may have before reaching a decision. Accordingly, petitioner respectfully represents that Oral Argument on this Motion should be scheduled for October 2, 2024 at 9:00 o'clock a.m.

**OFFICE OF THE DISTRICT ATTORNEY**
**FOR THE PARISH OF ST. BERNARD**

**HONORABLE PERRY M. NICOSIA**


BY:   /s/ David C. Jarrell
       DAVID C. JARRELL (Bar No. 30907)
       2010 Pakenham Dr.
       Chalmette, LA 70043
       Tel:  (504) 271-1658
       Fax: (504) 279-2874
       djarrell@stbda.org
       Attorney for petitioner SBPSB