


# Joint Permit Application
## For Work Within the Louisiana Coastal Zone

| | |
|---|---|
| **Louisiana Department of Energy and Natural Resources** <br> **Office of Coastal Management** | **U.S. Army Corps of Engineers (COE)** <br> **New Orleans District** |

**Application Number:** 32791    **Permit Number:** P20240330    **Date Received:** 04/26/2024

### Step 1 of 15 - Applicant Information

**Applicant Name:** Board of Commissioners of the Port of New Orleans    **Applicant Type:** GOVERNMENT AGENCY

**Mailing Addr:** 1350 Port of New Orleans Place
New Orleans, LA 70130

**Contact Info:**
Chris Gilmore
**Phone:** (504) 528-3305    **Fax:** -    **Email:** chris.gilmore@portnola.com

### Step 2 of 15 - Agent Information

**Agent Name:** Evans-Graves Engineers

**Mailing Addr:** 909 Poydras Street
Suite 3050
New Orleans, LA 70112

**Contact Info:**
Lee Walker
**Phone:** (504) 913-1857    **Fax:** -    **Email:** LWALKER@EVANS-GRAVES.COM

### Step 3 of 15 - Permit Type

[X] Coastal Use Permit (CUP)    [ ] Solicitation of Views (SOV)    [ ] Request for Determination (RFD)

### Step 4 of 15 - Pre-Application Activity

**a. Have you participated in a Pre-Application or Geological Review Meeting for the proposed project?**

[ ] No    [X] Yes    Date meeting was held: 03/03/2021

Attendees: _____ (Individual or Company Rep)    _____ (OCM Representative)    Amy Powell/Mike Farabee (COE Representative)

**b. Have you obtained an official wetland determination from the COE for the project site?**

[ ] No    [X] Yes    If Yes, Please upload a copy with your application.

JD Number: VN2021-00069SL and 00070SL

**c. Is this application a mitigation plan for another CUP?**

[X] No    [ ] Yes    OCM Permit Number:

### Step 5 of 15 - Project Information

Created On: 09/03/2024    Page: 1



**Joint Permit Application
For Work Within the Louisiana
Coastal Zone**

Louisiana Department of Energy
and Natural Resources
Office of Coastal Management

U.S. Army Corps of Engineers
(COE)
New Orleans District

**a. Describe the project.**

The Louisiana International Terminal (LIT) is a new container terminal that will be capable of handling 2,000,000 TEUs at full build out. The LIT will consist of approximately 3,600 lf of wharf space, all of the required infrastructure for efficient terminal operations, and realignment of both East St. Bernard Hwy and the Norfolk Southern railroad track. The project also anticipates local relocation of the W. Smith Jr Elementary School and Violet Number 2 Park.

**b. Is this application a change to an existing permit?**

☒ No  ☐ Yes   OCM Permit Number:

**c. Have you previously applied for a permit or emergency authoriation for all or any part of the proposed project?**

☐ No  ☒ Yes

| Agency | Contact | Permit Number | Decision Status | Decision Date |
|---|---|---|---|---|
| OCM | Jeff Harris | C20210083 | Pending | |
| COE | Angele Greer | MVN-2021-00270 | Pending | |
| Other | | | | |

**Step 6 of 15 - Project Location**

**a. Physical Location**

Street: St. Bernard Highway

City: Violet   Parish: Saint Bernard   Zip: 70092

Water Body: Mississippi River (RM 83)

**b. Latitude and Longitude**

Latitude: 29   53   13.18   Longitude: -89   53   46.66

**c. Section, Township, and Range**

Section #: 8, 9, 10   Township #: 13S   Range #: 13E
Section #:   Township #:   Range #:

**d. Lot, Tract, Parcel, or Subdivision Name**

Lot #: N/A   Parcel #: N/A
Tract #: N/A   Subdivision Name: N/A

Created On:  09/03/2024   Page:  2

**Joint Permit Application
For Work Within the Louisiana
Coastal Zone**



| Louisiana Department of Energy and Natural Resources Office of Coastal Management | U.S. Army Corps of Engineers (COE) New Orleans District |
|---|---|

**e. Site Direction**

START -- I-10 toward Slidell. Exit #246A toward Chalmette/US-510 South. LEFT onto E. St. Bernard Hwy and travel approximately 6.0 miles to property located across St. Bernard Hwy from the old Violet Dock facility. -- END

**Step 7 of 15 - Adjacent Landowners -** See attached list

**Step 8 of 15 - Project Specifics**

**a. Project Name and/or Title:** Louisiana International Terminal

**b. Project Type:** Non-Residential

**c. Jurisdiction:** State Concern

**d. Source of Funding:** **FEDERAL**

**e. What will be done for the proposed project?**

- ☒ Bridge/Road
- ☐ Bulkhead/Fill
- ☒ DrainageImprovements
- ☐ Drill Barge/ Structure
- ☐ Drill Site
- ☒ Fill
- ☐ Other:
- ☐ Home Site/Driveway
- ☐ Levee Construction
- ☒ Dredging
- ☐ Prop Washing
- ☒ Pilings
- ☐ Marina
- ☐ Pipeline/Flow Line
- ☐ Plug/Abandon
- ☐ Production Barge/Structure
- ☐ Vegetative Plantings
- ☒ Remove Structures
- ☒ Major Industrial/Commercial
- ☐ Rip Rap/Erosion Control
- ☒ Site Clearance
- ☐ Subdivision
- ☒ Wharf/Pier/Boathouse

**f. Why is the proposed project needed?**

See Attached Purpose and Need Statement

**Step 9 of 15 - Project Status**

**a. Proposed start date:** 05/01/2025   **Proposed completion date:** 11/01/2029

**b. Is any of the project work in progress?**

☒ No   ☐ Yes

**c. Is any of the project work completed?**

☒ No   ☐ Yes

**Step 10 of 15 - Structures, Materials, and Methods for the Pr**

**a. Excavations**

2,698,225 Cubic Yards   580 Acres

---

---

# Joint Permit Application
# For Work Within the Louisiana
# Coastal Zone

**Louisiana Department of Energy and Natural Resources**
**Office of Coastal Management**



**U.S. Army Corps of Engineers (COE)**
**New Orleans District**

---

**b. Fill Areas**

3,443,159 Cubic Yards          481 Acres

**c. Fill Materials**

| | | | | | |
|---|---|---|---|---|---|
| ☒ | Concrete: | 578,461 Cubic Yards | ☐ | Rock: | Cubic Yards |
| ☒ | Crushed Stone or Gravel: | 671,588 Cubic Yards | ☒ | Sand: | 2,135,735 Cubic Yards |
| ☐ | Excavated and Placed onsite: | Cubic Yards | ☐ | Hauled in Topsoil/Dirt: | Cubic Yards |
| ☒ | Excavated and hauled offsite: | 2,698,225 Cubic Yards | | | |
| ☒ | Other: Asphalt | | | 57,375 | Cubic Yards |

**d. What equipment will be used for the proposed project?**

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Airboat | ☒ | Bulldozer/Grader | ☐ | Marsh Buggy |
| ☒ | Backhoe | ☒ | Dragline/Excavator | ☐ | Other Tracked or Wheeled Vehicles |
| ☐ | Barge Mounted Bucket Dredge | ☐ | Handjet | ☐ | Self Propelled Pipe Laying Barge |
| ☐ | Barge Mounted Drilling Rig | ☐ | Land Based Drilling Rig | ☐ | Tugboat |
| ☒ | Other: suction dredge, pile driver | | | | |

---

**Step 11 of 15 - Project Alternatives**

**a. Total acres of wetlands and/or waterbottoms filled and/or excavated.**

423 acres

**b. What alternative locations, methods, and access routes were considered to avoid impact to wetlands and/or waterbottoms?**

Given the terminal's requirement for water access, there is no alternative that would avoid waterbottom impacts. An initial alternatives analysis assessed several potential locations including previously developed and greenfield sites, against the following criteria: Ability to Accommodate Ultra Large Container Vessels, Deep Water, Length of River Frontage, Terminal Acreage, Ancillary Acreage, Road and Rail Service, Maritime Jurisdiction, Flood Protection, Labor, and Property Ownership. The initial analysis showed that none of the previously developed sites were deemed sufficient and the greenfield sites all had similar impacts.

Within the selected Violet site, Port NOLA considered alternative configurations for ingress and egress between the terminal and E. Judge Perez Highway. The current design includes an alternative ingress/egress configuration that reduces wetland impacts on the east side of E. Judge Perez as compared to the originally proposed design provided in the November 2021 permit application drawings.

**c. What efforts were made to minimize impact to wetlands and/or waterbottoms?**

The design of the Louisiana International Terminal was developed using the minimum construction footprint necessary that would accommodate a new modern terminal capable of handling the forecasted import/export requirements. For

Case 2:24-cv-01952-EEF-MBN   Document 15-1   Filed 09/25/24   Page 5 of 7

**Joint Permit Application
For Work Within the Louisiana
Coastal Zone**

Louisiana Department of Energy
and Natural Resources
Office of Coastal Management



U.S. Army Corps of Engineers
(COE)
New Orleans District

example, as described in Step 11b, efforts were made to minimize wetland impacts east of Judge Perez by avoiding excessive access road construction.

**d. How are unavoidable impacts to vegetated wetlands to be mitigated?**

Any unavoidable impacts will be mitigated either through the purchase of mitigation bank credits or a Permittee Responsible Mitigation approach, or a combination of the two. Port NOLA is currently working to develop a compensatory mitigation plan.

**Step 12 of 15 - Permit Type and Owners**

**a. Are you applying for a Coastal Use Permit?**

☐ No   ☒ Yes

**b. Are you the sole landowner / oyster lease holder?**

☐ No   ☒ Yes

☐ The applicant is an owner of the property on which the proposed described activity is to occur.

☐ The applicant has made reasonable effort to determine the identity and current address of the owner(s) of the land on which the proposed described activity is to occur, which included, a search of the public records of the parish in which the proposed activity is to occur.

☐ The applicant hereby attests that a copy of the application has been distributed to the following landowners / oyster lease holders.  See attached list.

**c. Does the project involve drilling, production, and/or storage of oil and gas?**

☒ No   ☐ Yes   **If yes, you must attach a list of all state and federal laws and rules and regulations dealing with spill prevention and containment.**

**Step 13 of 15 - Maps and Drawing Instructions**

Note: OCM Compiled Plats consist of a complete and current set of plats that have been pieced together by OCM using only the most current portions of the plat files provided by the applicant/agent. All out-of-date plats have been excluded.

MVN202100270_Revised_Permit_Drawing_Set_20240425.pdf         04/26/2024 03:13:00 PM

Step_8f_Purpose_and_Need_20240425.pdf         04/26/2024 03:13:34 PM

**Step 14 of 15 - Payment**

**The fee for this permit is:**  $ 100.00

**Step 15 of 15 - Payment Processed**

Created On:   09/03/2024         Page:   5

**Joint Permit Application
For Work Within the Louisiana
Coastal Zone**

**Louisiana Department of Energy
and Natural Resources
Office of Coastal Management**



**U.S. Army Corps of Engineers
(COE)
New Orleans District**

**Applicant Information**

**Applicant Name:** Board of Commissioners of the Port of New Orleans

**Address:** 1350 Port of New Orleans Place

New Orleans, LA 70130

To the best of my knowledge the proposed activity described in this permit application complies with, and will be conducted in a manner that is consistent with the Louisiana Coastal Resources Program. If applicable, I also certify that the declarations in Step 12c, oil spill response, are complete and accurate.

**Joint Permit Application
For Work Within the Louisiana
Coastal Zone**

**Louisiana Department of Energy
and Natural Resources
Office of Coastal Management**



**U.S. Army Corps of Engineers
(COE)
New Orleans District**

**Landowners List**