# PORT OF NEW ORLEANS
# PROPOSED
# LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DRAWING INDEX | |
|---|---|
| P-1 | TITLE AND SITE LOCATION MAP |
| P-2 | VICINITY MAP |
| P-3 | PROPOSED OVERALL SITE PLAN |
| P-4 | PROPOSED DREDGING PLAN |
| P-5 | CROSS SECTION THROUGH INTERMODAL YARD |
| P-6 | CROSS SECTION THROUGH ST BERNARD HWY |
| P-7 | CROSS SECTION THROUGH CONTAINER STACK |
| P-8 | CROSS SECTIONS THROUGH CONTAINER STACK & DETENTION POND |
| P-9 | DOWNRIVER WHARF PLAN (BERTH 1) |
| P-10 | MIDDLE WHARF PLAN (BERTH 2) |
| P-11 | UPRIVER BARGE WHARF PLAN (BERTH 3) |
| P-12 | TYPICAL CROSS SECTION THROUGH WHARF AND LEVEE |
| P-13 | TYPICAL CROSS SECTION THROUGH WHARF AND ACCESS BRIDGE |
| P-14 | TYPICAL CROSS SECTION THROUTH WHARF AND COMFORT STATION |
| P-15 | EXISTING WETLANDS PLAN |
| P-16 | POTENTIAL ESTIMATED WETLAND IMPACT PLAN |
| P-17 | AREAS OF EXCAVATION AND FILL |
| P-18 | PAVING AND MATERIALS PLAN |
| P-19 | USACE REVETMENT PILE PENETRATION DETAILS |



SITE LOCATION MAP
SCALE: 1" = 50000'

STATE MAP

KEYNOTES
① PROPOSED LOUISIANA INTERNATIONAL TERMINAL SITE

## PRELIMINARY - FOR PERMIT PURPOSES ONLY

**AECOM** Imagine it. Delivered.
1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|---|---|---|---|
| 4/19/24 | AS NOTED | 60637250 | P-1 |

DESIGNED BY: JGM   LA REGISTRATION NO: 30508   STATE: LA



VICINITY MAP
SCALE: 1" = 7500'

PROPOSED LOUISIANA INTERNATIONAL TERMINAL AT VIOLET
SECTIONS 8, 9, & 10
T 13 S  R 13 E
X: 3737667.1945,  Y: 508809.9688
29°53'28.4164"N
89°53'29.8323"E
LOUISIANA SOUTH NAD 83

SCALE: 1" = 7500'
0'    7500'    15000'

**PRELIMINARY - FOR PERMIT PURPOSES ONLY**

AECOM Imagine it. Delivered.
1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|---|---|---|---|
| 4/19/24 | AS NOTED | 60637250 | P-2 |

DESIGNED BY: JGM       LA REGISTRATION NO: 30508       STATE: LA





PROPOSED DREDGING PLAN
SCALE: 1" = 900'

**PRELIMINARY - FOR PERMIT PURPOSES ONLY**

| | BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS | | |
|---|---|---|---|
| | LOUISIANA INTERNATIONAL TERMINAL AT VIOLET | | |
| DATE | SCALE | JOB NO. | DRAWING NO. |
| 4/19/24 | AS NOTED | 60637250 | P-4 |
| DESIGNED BY: JGM | LA REGISTRATION NO: 30508 | | STATE: LA |

AECOM — Imagine it. Delivered.
1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112



A P-3 CROSS SECTION THROUGH INTERMODAL YARD
SCALE: 1" = 300
3V:1H

0' 300' 600'
SCALE: 1" = 300'

**PRELIMINARY - FOR PERMIT PURPOSES ONLY**

AECOM Imagine it. Delivered.
1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|---|---|---|---|
| 4/19/24 | AS NOTED | 60637250 | P–5 |

DESIGNED BY: JGM LA REGISTRATION NO: 30508 STATE: LA

C:\Users\MartinezIIC\ACCDocs\Port of New Orleans\LIT\Project Files\Live Files\SHEET FILES\PERMITTING\PERMIT 404P-5.dwg, Apr 18, 2024 - 11:54:13PM, MartinezIIC

```
```





CROSS SECTION THROUGH CONTAINER STACK — SCALE: 1" = 300, 3V:1H

**PRELIMINARY - FOR PERMIT PURPOSES ONLY**

BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|---|---|---|---|
| 4/19/24 | AS NOTED | 60637250 | P-7 |

DESIGNED BY: JGM   LA REGISTRATION NO: 30508   STATE: LA

AECOM — Imagine it. Delivered.
1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112





DOWNRIVER WHARF PLAN (BERTH 1)
SCALE: 1" = 200'-0"

**PRELIMINARY - FOR PERMIT PURPOSES ONLY**

AECOM — Imagine it. Delivered.
1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|---|---|---|---|
| 4/19/24 | AS NOTED | 60637250 | P-9 |
| DESIGNED BY: BRL | | LA REGISTRATION NO: 29393 | STATE: LA |









TYPICAL CROSS SECTION THROUGH WHARF AND LEVEE
SCALE: 1" = 150'

LEGEND
— — —  EXISTING GRADE (FENSTERMAKER TOPOGRAPHIC SURVEY - 2022)
SURVEY HORIZONTAL DATUM IS NAD 1983, VERTICAL DATUM IS NAVD88.


SCALE: 1" = 150'

**PRELIMINARY - FOR PERMIT PURPOSES ONLY**

| AECOM — Imagine it. Delivered. | BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS |
| 1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112 | LOUISIANA INTERNATIONAL TERMINAL AT VIOLET |

| DATE | SCALE | JOB NO. | DRAWING NO. |
|---|---|---|---|
| 4/19/24 | AS NOTED | 60637250 | P-12 |
| DESIGNED BY: BRL | LA REGISTRATION NO: 29393 | | STATE: LA |



TYPICAL CROSS SECTION THROUGH WHARF AND ACCESS BRIDGE
SCALE: 1" = 150'

**LEGEND**
– – – – – EXISTING GRADE (FENSTERMAKER TOPOGRAPHIC SURVEY - 2022)

SURVEY HORIZONTAL DATUM IS NAD 1983, VERTICAL DATUM IS NAVD88.

SCALE: 1" = 150'

**PRELIMINARY - FOR PERMIT PURPOSES ONLY**

AECOM — Imagine it. Delivered.
1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|---|---|---|---|
| 4/19/24 | AS NOTED | 60637250 | P-13 |
| DESIGNED BY: BRL | LA REGISTRATION NO: 29393 | | STATE: LA |





G
P-9

# TYPICAL CROSS SECTION THROUGH WHARF AND COMFORT STATION

SCALE: 1" = 150'

## LEGEND

— — — — EXISTING GRADE (FENSTERMAKER TOPOGRAPHIC SURVEY - 2022)

SURVEY HORIZONTAL DATUM IS NAD 1983, VERTICAL DATUM IS NAVD88.

0' 150' 300'
SCALE: 1" = 150'

**PRELIMINARY - FOR PERMIT PURPOSES ONLY**

C:\Users\MartinezIlC\ACCDocs\Port of New Orleans\LIT\Project Files\Live Files\SHEET FILES\PERMITTING\PERMIT 404\P-14.dwg, Apr 19, 2024 - 12:29:10AM, MartinezIlC

AECOM Imagine it. Delivered.
1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|---|---|---|---|
| 4/19/24 | AS NOTED | 60637250 | P-14 |

DESIGNED BY: BRL LA REGISTRATION NO: 29393 STATE: LA

EXISTING WETLANDS PLAN

PRELIMINARY - FOR PERMIT PURPOSES ONLY

BOARD OF COMMISSIONERS — PORT OF NEW ORLEANS
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET
DATE: 4/19/24 | SCALE: AS NOTED | JOB NO.: 60637250 | DRAWING NO.: P-15
DESIGNED BY: BRL   LA REGISTRATION NO: 29393   STATE: LA



POTENTIAL ESTIMATED WETLAND IMPACT PLAN
SCALE: 1" = 1500'

**PRELIMINARY - FOR PERMIT PURPOSES ONLY**

LEGEND:
- JURISDICTIONAL BATTURE WETLANDS
- JURISDICTIONAL SCRUB/SHRUB WETLANDS
- FORESTED WETLAND
- ESTIMATED WETLAND IMPACTS (423 ACRES)
- PREVIOUSLY PERMITTED WETLAND IMPACTS FOR SURCHARGE TEST PROGRAM (11.67 ACRES)

AECOM — Imagine it. Delivered.
1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|---|---|---|---|
| 4/19/24 | AS NOTED | 60637250 | P-16 |

DESIGNED BY: JGM    LA REGISTRATION NO: 30508    STATE: LA



LEGEND

- EXCAV. & FILL: EXCAVATION = 20,102 cu. yds. FILL = 2,289,652 cu. yds.
- EXCAV. & FILL (BERMS)
- EXCAVATION & FILL: CLEAR & GRUB EXCAVATION = 1,153,418 cu. yds FILL = 1,153,418 cu. yds
- EXCAVATION (RETENTION POND & CANALS) = 508,705 cu. yds.
- DREDGE AREA. SEE SECTION E ON P11, AND SECTION F ON P12 = 480,000 cu. yds.

TOTAL EXCAVATION = (SUM OF ABOVE) 2,162,225 cu. yds.
TOTAL FILL = (SUM OF ABOVE) 3,443,069 cu. yds.

0' 1500' 3000'
SCALE: 1" = 1500'

AREAS OF EXCAVATION AND FILL

# PRELIMINARY - FOR PERMIT PURPOSES ONLY

AECOM Imagine it. Delivered.

1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112

BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS
LOUISIANA INTERNATIONAL TERMINAL AT VIOLET

| DATE | SCALE | JOB NO. | DRAWING NO. |
|---|---|---|---|
| 4/19/24 | AS NOTED | 60637250 | P-17 |

DESIGNED BY: JGM LA REGISTRATION NO: 30508 STATE: LA

C:\Users\paul.dickson\ACCDocs\Port of New Orleans\LIT\Project Files\Live Files\SHEET FILES\PERMITTING\PERMIT 404\P-17.dwg, Apr 19, 2024 - 12:49:45PM, paul.dickson



PAVING AND MATERIALS PLAN

**PRELIMINARY - FOR PERMIT PURPOSES ONLY**

| | BOARD OF COMMISSIONERS – PORT OF NEW ORLEANS |
|---|---|
| AECOM — Imagine it. Delivered. 1555 POYDRAS ST., SUITE 1200 NEW ORLEANS, LA., 70112 | LOUISIANA INTERNATIONAL TERMINAL AT VIOLET |

| DATE | SCALE | JOB NO. | DRAWING NO. |
|---|---|---|---|
| 4/19/24 | AS NOTED | 60637250 | P-18 |
| DESIGNED BY: JGM | | LA REGISTRATION NO: 30508 | STATE: LA |

Legend:
- ASPHALT = 2,323,681 SF
- LANDSCAPE = 8,107,970 SF
- CONCRETE = 10,412,295 SF
- GRAVEL = 2,159,754 SF
- EXCAV. & FILL (BERMS)

