MINUTE ENTRY
FALLON, J.
OCTOBER 2, 2024

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. BERNARD PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NO. 24-1952 |
| BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS | SECTION: L (5) |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances:  David Jarrell, Esq., for Plaintiff
Michael Drew, Esq., Etienne Balart, Esq. and Harry Rosenberg, Esq., for the Defendant

Motion of Plaintiff, St. Bernard Parish School Board, to Remand Case to State Court.  (9)

After argument – motion was taken under submission.

JS10:   : 37